UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 13bk34230 |
| Thomas F. Fee | ) |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) Honorable Timothy A. Barnes |
| | ) |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO THOMAS W. TOOLIS, ATTORNEY FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 14,929.80 | TOTAL COSTS REQUESTED: | $ 1405.04 |
| TOTAL FEES REDUCED: | $    166.00 | TOTAL COSTS REDUCED: | $     0.00 |
| TOTAL FEES ALLOWED: | $ 14,763.80 | TOTAL COSTS ALLOWED: | $ 1405.04 |

**TOTAL FEES AND COSTS ALLOWED: $ 16,168.84**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     **Insufficient Description – TOTAL of disallowed amounts: $ 45.00**

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

(2)     **Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 6.00**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(3)     **Computational or Typographical Error – TOTAL of disallowed amounts: $ 40.00**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical

entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

**(4)  Unreasonable Time Travel Time – TOTAL of disallowed amounts (50% of affected entries): $ 75.00**

The Court denies the allowance in part of compensation for travel time, where compensation at the normal hourly rate (not the customary one-half discounted rate) is sought without explanation. *In re Planter*, No. 08 B 16883, 2009 WL 1393691 (Bankr. N.D. Ill. May 18, 2009) (Barbosa, J.) ("this Court has routinely held that time spent traveling to and from a location typically shall be compensated at one-half of the attorneys' or other professionals' hourly rate."); *In re McKeeman*, 236 B.R. 667 (B.A.P. 8th Cir.1999); *In re Spanjer Bros., Inc.*, 191 B.R. 738, 755 (Bankr.N.D.Ill.1996).

Dated: March 3, 2014

Timothy A. Barnes
United States Bankruptcy Judge

In re Thomas Fee
13-34230

| Bill Date | Dur/Qty | Rate/Price | Billable Amt | Staff | Desc | |
|---|---|---|---|---|---|---|
| 8/14/2013 | 1.50 | 100.00 | 150.00 | KPV | Travel to and from the Will County Courthouse. Obtained tax redemption documents from the Clerk of Will County. | (4) Travel charged at full rate. |
| 8/14/2013 | 0.10 | 100.00 | 10.00 | KPV | Telephone call to the Clerk of Court of Will County to inquire about a Judgment amount in a separate matter. | |
| 8/15/2013 | 0.50 | 100.00 | 50.00 | KPV | Legal research on service addresses for various tax buyers. | |
| 8/19/2013 | 0.10 | 100.00 | 10.00 | AXB | Placed phone call to client regarding appointment for signing | |
| 8/20/2013 | 0.10 | 100.00 | 10.00 | AXB | Left voicemail for client regarding appointment for signing of petition | |
| 8/21/2013 | 0.10 | 100.00 | 10.00 | LLD | Added Information to Petition, Printed for Signing | |
| 8/28/2013 | 0.80 | 75.00 | 60.00 | AXB | Drafted Notices for Application to Employ and Motion for Cash Collateral Use, electronically filed Application and Motion, copied and mailed out to all creditors | |
| 9/11/2013 | 0.50 | 100.00 | 50.00 | LLD | Filed Motion to Set Date to File Proof of Claims | |
| 9/19/2013 | 0.60 | 100.00 | 60.00 | AXB | Spoke to client regarding opening account, emailed and faxed 341 Notice to bank manager | (2) Lumping |
| 9/20/2013 | 0.60 | 100.00 | 60.00 | AXB | Drafted Prentice of 341 Meeting, electronically filed and mailed out to all creditors | |
| 9/20/2013 | 0.10 | 100.00 | 10.00 | AXB | Placed phone call to client regarding new date for 341 Meeting | |
| 9/20/2013 | 0.30 | 100.00 | 30.00 | AXB | Email and phone call to Trustee Staff Attorney regarding new date for 341 Meeting of Creditors | |
| 9/20/2013 | 0.30 | 100.00 | 30.00 | AXB | Prepared and sent letter to client regarding operating instructions and requirements | |
| 9/25/2013 | 0.40 | 100.00 | 40.00 | AXB | Drafted Notice of Service and electronically filed same, mailed Notice of Service and Order and Notice setting Time to File Claims to all creditors | |
| 9/25/2013 | 0.40 | 100.00 | 40.00 | AXB | Drafted Notice of Service, electronically filed and mailed out to all creditors along with Order and Notice Setting Time to File Claims | (3) Typo - same as entry directly above |
| 9/30/2013 | 0.30 | 100.00 | 30.00 | AXB | Prepared and sent letter to client including correspondence from Chase regarding Automatic Mortgage Payment and Authorization Form to authorize creditor to discuss options with client | |
| 9/30/2013 | 0.40 | 100.00 | 40.00 | AXB | Electronically filed Notice of Entry of Order and mailed out to all creditors | |
| 10/24/2013 | 0.30 | 100.00 | 30.00 | AXB | Filed Amended Summary of Cash Receipts and Disbursement Statements | |
| | 7.50 | | 765.00 | | | |

| Bill Date | Dur/Qty | Rate/Price | Billable Amt | Staff | Desc |
|---|---|---|---|---|---|
| 1/29/2014 | 1.10 | 225.00 | 247.50 | TWT | Travel to and from Court. |
| 1/29/2014 | 0.40 | 450.00 | 180.00 | TWT | Court Appearance. Motion to use Cash/Relief from Stay. |
| 1/17/2014 | 0.30 | 450.00 | 135.00 | TWT | Draft schedule of Real Estate owned |
| 1/17/2014 | 0.40 | 450.00 | 180.00 | TWT | Draft liquidation Analysis |
| 1/17/2014 | 0.20 | 450.00 | 90.00 | TWT | Draft Ballot |
| 1/17/2014 | 0.90 | 450.00 | 405.00 | TWT | Draft Disclosure Statement |
| 1/17/2014 | 1.10 | 450.00 | 495.00 | TWT | Draft proposed Chapter 11 plan |
| 1/8/2014 | 2.30 | 225.00 | 517.50 | TWT | Traveled to and from court for Hearing on Motion for Relief from stay |
| 1/8/2014 | 0.20 | 450.00 | 90.00 | TWT | Hearing on Motion for relief from stay |
| 1/8/2014 | 1.00 | 12.00 | 12.00 | TWT | Parking |
| 1/7/2014 | 0.20 | 450.00 | 90.00 | TWT | Phone conference with Megan Drefchinski regarding Appraisal of addition property |
| 12/17/2013 | 0.20 | 450.00 | 90.00 | TWT | Conference with State of Illinois regarding purchase of property |
| 12/11/2013 | 0.20 | 450.00 | 90.00 | TWT | Email to and from client regarding approval of Peotone and information requested by appraiser |
| 12/10/2013 | 0.40 | 450.00 | 180.00 | TWT | Review sale documents from State of Illinois, offer to purchase Peotone property |
| 12/10/2013 | 0.10 | 450.00 | 45.00 | TWT | Review email from Jennifer Rinn regarding use of cash, and adequate protection Order |
| 12/10/2013 | 0.20 | 450.00 | 90.00 | TWT | Review email from client regarding sale to State of Illinois |
| 12/3/2013 | 0.20 | 450.00 | 90.00 | TWT | Review and responded to email from Jennifer Rein regarding Motion for Relief from Stay |
| 12/2/2013 | 0.20 | 450.00 | 90.00 | TWT | Email to Megan Drefchienski regarding Use of Cash |

In re Thomas Fee
13-34230

| Date | Hours | Rate | Amount | Atty | Description |
|---|---|---|---|---|---|
| 12/2/2013 | 0.20 | 450.00 | 90.00 | TWT | Email to Mary Beth at State of Illinois regarding Real Estate Contract |
| 11/27/2013 | 0.20 | 450.00 | 90.00 | TWT | Conference call with Jennifer Rien regarding Motion for Relief from Stay on Vehicle |
| 11/19/2013 | 0.10 | 450.00 | 45.00 | TWT | Email to Megan Dretchinski regarding cash collateral |
| 11/19/2013 | 0.30 | 450.00 | 135.00 | TWT | Conference with Megan Dretchinski regarding reduced payoff and cash collateral |
| 11/19/2013 | 0.10 | 450.00 | 45.00 | TWT | E-mail to Megan Dretchinski re: Possession of Approval for Peotone Property. |
| 11/15/2013 | 0.20 | 450.00 | 90.00 | TWT | Review and respond to e-mail re: Status of Loan. |
| 11/14/2013 | 0.20 | 450.00 | 90.00 | TWT | Review of Trust Agreement and forward to State of Illinois. |
| 11/13/2013 | 0.30 | 450.00 | 135.00 | TWT | Conference call with Meg Dretchinski regarding Cash Collateral and possible short payoff |
| 11/13/2013 | 0.10 | 450.00 | 45.00 | TWT | E-mail to client re: Attempt to refinance. |
| 11/6/2013 | 0.10 | 450.00 | 45.00 | TWT | E-mail to client re: offer from State of Illinois to purchase Peotone Property. |
| 11/6/2013 | 0.10 | 450.00 | 45.00 | TWT | E-mail to client requesting copy of Approval for Peotone property. |
| 11/4/2013 | 0.20 | 450.00 | 90.00 | TWT | Conference with State of Illinois regarding sale of land |
| 11/4/2013 | 0.10 | 450.00 | 45.00 | TWT | Draft letter of Representation to Real Estate Negotiation with State of Illinois |
| 10/29/2013 | 0.80 | 450.00 | 360.00 | TWT | Court Appearance for Motion to Use Cash |
| 10/29/2013 | 2.40 | 225.00 | 540.00 | TWT | Traveled to and from court |
| 10/28/2013 | 0.30 | 450.00 | 135.00 | TWT | Revise and update Cash Collateral Order for November |
| 10/28/2013 | 0.30 | 450.00 | 135.00 | TWT | Revise Budget per client changes |
| 10/15/2013 | 1.00 | 450.00 | 450.00 | TWT | Researched property tax redemption in chapter 11 |
| 10/15/2013 | 0.20 | 450.00 | 90.00 | TWT | Email and response regarding Capital Gain Tax |
| 10/15/2013 | 0.10 | 450.00 | 45.00 | TWT | Email form accoutant regarding monthly reports |
| 10/15/2013 | 0.10 | 450.00 | 45.00 | TWT | Email from client and accountant regarding monthly reports |
| 10/15/2013 | 0.70 | 450.00 | 315.00 | TWT | Attended 341 Meeting |
| 10/15/2013 | 2.20 | 225.00 | 495.00 | TWT | Traveled t and from court for 341 Meeting |
| 10/14/2013 | 0.90 | 450.00 | 405.00 | TWT | Meeting with accountant regarding retention, feasibility, ecsetra |
| 10/14/2013 | 0.10 | 450.00 | 45.00 | TWT | Call Danielle regarding scheduled appointment to review operating report |
| 10/13/2013 | 0.20 | 450.00 | 90.00 | TWT | Reviewed and responded to email from client cleared line for operating report |
| 10/13/2013 | 0.10 | 450.00 | 45.00 | TWT | Reviewed and revised scheduled budget for November |
| 10/13/2013 | 0.10 | 450.00 | 45.00 | TWT | Reviewed Amended Budget for November |
| 10/8/2013 | 0.10 | 450.00 | 45.00 | TWT | Email to client regarding operating report instructions |
| 10/8/2013 | 0.10 | 450.00 | 45.00 | TWT | Email to client regarding monthly operating reports |
| 10/8/2013 | 0.10 | 450.00 | 45.00 | TWT | Email to client regarding PIP accounts |
| 10/7/2013 | 0.30 | 450.00 | 135.00 | TWT | Reviewed email from client and responded regarding Tax Sale, Operations Report and form of Report |
| 9/25/2013 | 0.10 | 450.00 | 45.00 | TWT | Email to Fee regarding set up of Debtor in Possession account |
| 9/25/2013 | 0.10 | 450.00 | 45.00 | TWT | Conference with Cheryl from bank regarding set up Debtor In Possession accounts |
| 9/25/2013 | 0.10 | 450.00 | 45.00 | TWT | Phone conference with client regarding Debtor in Possession account set up |
| 9/24/2013 | 0.40 | 450.00 | 180.00 | TWT | Preparation of 2nd Cash Collateral Order |
| 9/24/2013 | 0.80 | 450.00 | 360.00 | TWT | Court Appearance for Motion for Application to Employ, Use Cash, maintain Debtor's bank account |
| 9/24/2013 | 1.10 | 225.00 | 247.50 | TWT | Traveled to and from court |
| 9/20/2013 | 0.10 | 450.00 | 45.00 | TWT | Reviewed of Insurance certification and email to United State Trustee's office |
| 9/20/2013 | 0.20 | 450.00 | 90.00 | TWT | Drafted Summary of case for Jerry Nelson |
| 9/19/2013 | 0.10 | 450.00 | 45.00 | TWT | Conference with Debtor.  (1) Insufficient Description |
| 9/19/2013 | 0.20 | 450.00 | 90.00 | TWT | Conference with Kristin Zell re: set-up of DTP Account. |
| 9/19/2013 | 0.20 | 450.00 | 90.00 | TWT | Review of e-mail and response re: Settlement. |
| 9/19/2013 | 0.10 | 450.00 | 45.00 | TWT | Emailed Kristin Zell regarding documents necessary to open Debtor in Possession account |
| 9/18/2013 | 2.20 | 225.00 | 495.00 | TWT | Travel to and from court. |
| 9/18/2013 | 0.60 | 450.00 | 270.00 | TWT | Initial Debtor Interview. |
| 9/18/2013 | 0.40 | 450.00 | 180.00 | TWT | Draft Motion to retain checking account. |
| 9/17/2013 | 0.20 | 450.00 | 90.00 | TWT | Conference with Steve Wolfe re: Authorization. |
| 9/17/2013 | 0.10 | 450.00 | 45.00 | TWT | E-mail to client re: Loan Conditions for purchase of Homewood property. |
| 9/16/2013 | 0.20 | 450.00 | 90.00 | TWT | Conference re: DTP accounts. |
| 9/11/2013 | 0.20 | 450.00 | 90.00 | TWT | Drafted Motion to Set Bar Date |

In re Thomas Fee
13-34230

| Date | Hours | Rate | Amount | Atty | Description |
|---|---|---|---|---|---|
| 9/11/2013 | 0.20 | 450.00 | 90.00 | TWT | Drafted Order and Notice Setting Bar Date |
| 9/11/2013 | 0.20 | 450.00 | 90.00 | TWT | Drafted Notice of Motion for Setting of Bar Date |
| 9/10/2013 | 0.30 | 450.00 | 135.00 | TWT | Court Hearing on Use of Cash |
| 9/10/2013 | 2.20 | 225.00 | 495.00 | TWT | Traveled to and from Court |
| 9/5/2013 | 0.30 | 450.00 | 135.00 | TWT | Conference with Megan regarding Adequate Protection Zone Term Plan, sale to State |
| 9/4/2013 | 0.20 | 450.00 | 90.00 | TWT | Email regarding Adequate Protection Payments |
| 9/4/2013 | 0.10 | 450.00 | 45.00 | TWT | Email from Megan Drefchinski regarding Equity in properties |
| 9/3/2013 | 0.10 | 450.00 | 45.00 | TWT | Conference with Megan from Collins regarding Budget |
| 8/27/2013 | 0.30 | 450.00 | 135.00 | TWT | File Chapter 11 case |
| 8/27/2013 | 0.10 | 450.00 | 45.00 | TWT | Draft Order on Application to Employ |
| 8/27/2013 | 0.20 | 450.00 | 90.00 | TWT | Draft Affidavit in Support of Application to Employ |
| 8/27/2013 | 0.40 | 450.00 | 180.00 | TWT | Draft Application to Employ Counsel |
| 8/27/2013 | 0.30 | 450.00 | 135.00 | TWT | Draft Order to Use Cash |
| 8/27/2013 | 0.10 | 450.00 | 45.00 | TWT | Conference with client regarding collection of rent |
| 8/27/2013 | 0.40 | 450.00 | 180.00 | TWT | Draft Motion for Use of Cash |
| 8/27/2013 | 0.20 | 450.00 | 90.00 | TWT | Review rent roll and add to sale I |
| 8/15/2013 | 1.30 | 450.00 | 585.00 | TWT | Review of Tax Sale Estimates/County website and entry on Schedule D |
| 8/14/2013 | 0.50 | 450.00 | 225.00 | TWT | Reviewed court cases. Searched Clerk website for case information and inject on Statement of Financial Affairs schedule B |
| 8/14/2013 | 0.40 | 450.00 | 180.00 | TWT | Preparation of Schedules of Statement of Financial Affairs |
| 8/14/2013 | 1.80 | 450.00 | 810.00 | TWT | Preparation of Schedules A B C D E F G H I |
| 8/14/2013 | 0.20 | 450.00 | 90.00 | TWT | Review Credit Report |
| 1/15/2014 | 0.10 | 450.00 | 45.00 | ASK | Conference with Erwin Wirth regarding access to property in Monee for appraisal |
|  | 39.20 |  | 14,164.50 |  |  |

Expenese

| Date | Qty | Rate | Amount | Atty | Description |
|---|---|---|---|---|---|
| 9/18/2013 | 1.00 | 31.00 | 31.00 | TWT | Parking. |
| 8/14/2013 | 1.00 | 5.00 | 5.00 | TWT | Will County Clerk - Estimate of Redemptions |
| 8/28/2013 | 1.00 | 1,213.00 | 1,213.00 | TWT | Chapter 11 Filing Fee |
| 9/10/2013 | 128.00 | 0.10 | 12.80 | TWT | Copies fees (Notice of Entry of Order, Creditors list, Cash Collateral Order) |
| 9/10/2013 | 16.00 | 0.46 | 7.36 | TWT | United States Mail - Postage for Notice of Entry of Order mailed to all creditors |
| 9/20/2013 | 16.00 | 0.46 | 7.36 | TWT | United States Mail - Postage for Renotice of 341 Meeting mailed to all creditors |
| 9/20/2013 | 32.00 | 0.10 | 3.20 | TWT | Copies Fees (Renotice of 341 Meeting) |
| 9/25/2013 | 16.00 | 0.46 | 7.36 | TWT | United States Mail - Postage for mailing of Notice of Service and Order and Notice setting time to file claims |
| 9/25/2013 | 48.00 | 0.10 | 4.80 | TWT | Copies Fees (Notice of Service, Creditors List and Order and Notice setting time to file claims) |
| 9/26/2013 | 1.00 | 33.00 | 33.00 | TWT | Credit Report |
| 9/30/2013 | 128.00 | 0.10 | 12.80 | AXB | Copies Fees: Notice of Entry of Order, Creditors list and cash collateral order |
| 9/30/2013 | 16.00 | 0.46 | 7.36 | AXB | United States Mail - Postage (Mailing of Notice and Cash Collateral Order) |
| 10/15/2013 | 1.00 | 16.00 | 16.00 | TWT | Parking for 341 Meeting |
| 10/29/2013 | 1.00 | 32.00 | 32.00 | TWT | Parking |
| 1/8/2014 | 1.00 | 12.00 | 12.00 | TWT | Parking |
|  |  |  | 1,405.04 |  |  |