UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )       **Case No. 13bk34230**
       **THOMAS F. FEE**        )
                                          )       **Chapter 11**
                                          )
       **Debtor.**             )       **Honorable Timothy A. Barnes**
_____ )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO THOMAS W. TOOLIS, ATTORNEY FOR DEBTOR, FOR
ALLOWANCE AND PAYMENT OF THIRD INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 13,750.00 | TOTAL COSTS REQUESTED: | $ 425.08 |
| TOTAL FEES REDUCED: | $ 120.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 13,630.00 | TOTAL COSTS ALLOWED: | $ 425.08 |

**TOTAL FEES AND COSTS ALLOWED: $ 14,055.08**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)      Travel Time – TOTAL of disallowed amounts: $ 20.00**

The Court denies the allowance in part of compensation for travel time, where compensation at the normal hourly rate (not the customary one-half discounted rate) is sought without explanation. *In re Planter*, No. 08 B 16883, 2009 WL 1393691 (Bankr. N.D. Ill. May 18, 2009) (Barbosa, J.) ("this Court has routinely held that time spent traveling to and from a location typically shall be compensated at one-half of the attorneys' or other professionals' hourly rate."); *In re McKeeman*, 236 B.R. 667 (B.A.P. 8th Cir.1999); *In re Spanjer Bros., Inc.*, 191 B.R. 738, 755 (Bankr. N.D. Ill. 1996) (Squires, J.).

**(2)      Computational or Typographical Error – TOTAL of disallowed amounts: $ 30.00**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error. In this case, a time entry indicates a fee charged when the fee is already included in expenses.

**(3)      Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 70.00**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated:  December 3, 2014

_____
Timothy A. Barnes
United States Bankruptcy Judge

| | Bill Date | Qty | Rate | Billable Amt | Staff | Desc |
|---|---|---|---|---|---|---|
| | 5/16/2014 | 0.3 | 100 | 30.00 | LLD | Called and Met with Client to Sign Accountant Agreement, Emailed to John Bibeau |
| | 5/30/2014 | 1.2 | 100 | 120.00 | LLD | Gathered Exhibits and Filed Amended Disclosure Statement and Chapter 11 Plan, Mailed to Creditors |
| | 6/9/2014 | 0.8 | 100 | 80.00 | LLD | Prepared Notice of Service Regarding Adequacy Order and Amended Disclosure, Mailed to Creditors |
| | 6/10/2014 | 1.2 | 100 | 120.00 | LLD | Prepared Notice and Application for Compensation Regarding MPSC |
| | 6/16/2014 | 0.3 | 100 | 30.00 | LLD | Finalized and Emailed Order Authorizing Cash Collateral and Budget to Judge and Opposing Counsel |
| | 6/16/2014 | 0.6 | 100 | 60.00 | LLD | Finalized and Filed Application for Compensation Regarding MPSC, Mailed to Creditors |
| | 7/10/2014 | 0.4 | 100 | 40.00 | LLD | Gather and Emailed Deposits and Payments to Accountant |
| (1) Travel Time | 7/29/2014 | 0.4 | 100 | 40.00 | LLD | Traveled to Chase Bank to Pay 2013 Property Tax for Homewood Property |
| | 7/31/2014 | 0.3 | 100 | 30.00 | LLD | Corrected Date on Order to Use Cash Collateral, Emailed to Judge and Attorneys |
| | 8/6/2014 | 0.1 | 100 | 10.00 | LLD | Emailed Accountant Requesting Summary Pages |
| | 8/7/2014 | 0.2 | 100 | 20.00 | LLD | Filed May and June Summary of Cash Receipts and Disbursements |
| (2) Lumping | 8/7/2014 | 0.3 | 100 | 30.00 | LLD | Called Will County Regarding the Tax Sale of the Peotone Property, Faxed 341 Notice |
| | 8/7/2014 | 0.3 | 100 | 30.00 | LLD | Gathered, Scanned and Emailed Rent Checks and Receipts to Accountant |
| (3) Typo | 8/11/2014 | 0.3 | 100 | 30.00 | LLD | Fee for Amending Schedule D |
| | 8/11/2014 | 0.1 | 100 | 10.00 | LLD | Amended Schedule D |
| (2) Lumping | 8/11/2014 | 0.5 | 100 | 50.00 | LLD | Gathered Tax Documents, Emailed Bank Statements to Accountant, Requested Bank Statements from Bank |
| | 8/12/2014 | 0.7 | 100 | 70.00 | LLD | Filed Amended Disclosure Plan, Mailed to Creditors |



EXHIBIT

A 1of6

| | | | | | | |
|---|---|---|---|---|---|---|
| (2) Lumping | 8/13/2014 | 0.9 | 100 | 90.00 | LLD | Emailed Chase Bank Attorney Regarding Property Tax Payment, Prepared Letter and Mailed Tax Payment, Spoke with Old Second Bank Regarding Password for Accounts, Emailed First Midwest BankAttorney Regarding Discrepancies in Cash Disbursements and Budget, Organized File |
| | 8/19/2014 | 0.1 | 100 | 10.00 | LLD | Emailed Filed Amended Disclosure Statement ⁓⁓⁓⁓⁓⁓⁓ |
| (2) Lumping | 8/19/2014 | 0.9 | 100 | 90.00 | LLD | Prepared Notice, Order and Objection to Proof of Claim #1 Capital One Finance, Prepared Notice, Order, and Objection to Claim #3 First Midwest Bank |
| (2) Lumping | 8/28/2014 | 0.3 | 100 | 30.00 | LLD | Emailed Client's Son Requesting Bank Password, Retrieved Bank Statement from Bank Website, Emailed Statement to Accountant |
| (2) Lumping | 8/29/2014 | 0.9 | 100 | 90.00 | LLD | Prepared and Filed Notice of Hearing, Objections to Claims Regarding First Midwest Bank and Capital One Auto Finance, and Orders, Mailed to Creditors. |
| (2) Lumping | 9/9/2014 | 0.4 | 100 | 40.00 | LLD | Received Email from Accountant Requesting Check Detail and Support Regarding 7/9/14 Deposit.⎕ Emailed Old Second Bank Requesting Detail and Support, Received Deposit Details and Emailed to Accountant. |
| | 9/11/2014 | 0.1 | 100 | 10.00 | LLD | Emailed De Raimos' Office Affidavit for Signature |
| (2) Lumping | 9/18/2014 | 0.5 | 100 | 50.00 | LLD | Organized Check Payments and Documents for August, Emailed to Accountant, Spoke with Client Regarding August Chase Payment. |
| (2) Lumping | 9/22/2014 | 0.3 | 100 | 30.00 | LLD | Wrote out Check to Chase for Will County Mortgage Payment, Mailed to Chase Attorney |
| (2) Lumping | 9/23/2014 | 0.2 | 100 | 20.00 | LLD | Logged Into Old Second Bank Account to Retrieve August Bank Statements, Emailed to Accountant. |
| | 9/24/2014 | 0.1 | 100 | 10.00 | LLD | Requested Check Detail and Support from Old Second Bank for Deposit 8/21/14 |
| | 9/26/2014 | 0.2 | 100 | 20.00 | LLD | Changed Dates on Cash Collateral Order, Filed with Budget |

EXHIBIT
A 2o5b

|  | | | | | | |
|---|---|---|---|---|---|---|
| | 9/29/2014 | 0.1 | 100 | 10.00 | LLD | Followup to Old Second Bank for Check Detail and Support for Deposit 8/21/14 |
| | 9/30/2014 | 0.4 | 100 | 40.00 | LLD | Corrected Date on Cash Collateral Order, Emailed to Attorneys and Judge Barnes |
| | 10/2/2014 | 1.1 | 100 | 110.00 | LLD | Prepared and Filed Application for Compensation Regarding MPS, Mailed to Creditors |
| | 10/3/2014 | 0.2 | 100 | 20.00 | LLD | Prepared Declaration Regarding July Cash Receipts and Disbursements |
| (2) Lumping | 10/7/2014 | 1.2 | 100 | 120.00 | LLD | Organized Chapter 11 Confirmation, Ballot, Plan, Solicitation Procedures, and Disclosure Statement.☐ Went to Office Depot to have Copies Made. |
| (2) Lumping | 10/16/2014 | 0.6 | 100 | 60.00 | LLD | Spoke with Client Requesting Blank Checks, Filed July Cash Receipts and Disbursements, Emailed September Bank Statement and Support to Accountant, Prepared and Mailed Chase Check Payment. |
| | 10/17/2014 | 0.2 | 100 | 20.00 | LLD | Retrieved September Bank Statement, Emailed to Accountant |
| | 10/29/2014 | 0.2 | 100 | 20.00 | LLD | Printed Old Second Bank Statement, Emailed Requested Check Support to MPS |
| | 10/29/2014 | 0.1 | 100 | 10.00 | LLD | Downloaded Copies of Canceled Checks, Emailed to Accountant |
| | | 17 | | **1,700.00** | | |
| | 5/1/2014 | 0.3 | 450 | 135.00 | TWT | Review monthly budget, rent and expenses |
| | 5/1/2014 | 0.2 | 450 | 90.00 | TWT | Call to title company requesting copy of title invoice |
| | 5/2/2014 | 0.4 | 450 | 180.00 | TWT | Complete closing statement for refinance |
| | 5/2/2014 | 0.7 | 450 | 315.00 | TWT | Revise May budget |
| | 5/2/2014 | 0.8 | 450 | 360.00 | TWT | Conference with client re: loan application |
| | 5/2/2014 | 0.3 | 450 | 135.00 | TWT | Review Budget for May 2014. |
| | 5/5/2014 | 0.2 | 450 | 90.00 | TWT | Review e-mail and respond re: Tennant past due five months. |
| | 5/5/2014 | 0.2 | 450 | 90.00 | TWT | Provide Megan Drefchinski with Bank account |
| | 5/5/2014 | 0.2 | 450 | 90.00 | TWT | Respond to Budget Questions re: Tax payments, Rent Collections, payoff figure. |
| | 5/5/2014 | 0.1 | 450 | 45.00 | TWT | Review e-mail from Megan Drefchinski re: Budget Questions. |
| | 5/6/2014 | 1.6 | 225 | 360.00 | TWT | Travel to and from court |
| | 5/6/2014 | 1.2 | 450 | 540.00 | TWT | Hearing for cash collateral, motion to sell, etc. |


EXHIBIT
A 3 of 6

| Date | Hours | Rate | Amount | Init | Description |
|---|---|---|---|---|---|
| 5/7/2014 | 0.2 | 450 | 90.00 | TWT | Review correspondence from Mortgage Broker. |
| 5/7/2014 | 0.2 | 450 | 90.00 | TWT | Review various e-mails between lender and client. |
| 5/7/2014 | 0.1 | 450 | 45.00 | TWT | E-mail Megan Drefchinski re: Status of Loan and response from FMB. |
| 5/7/2014 | 0.1 | 450 | 45.00 | TWT | Review e-mail from Mortgage Broker. |
| 5/8/2014 | 0.1 | 450 | 45.00 | TWT | E-mail from Megan Drefchinski re: needs HUD. |
| 5/13/2014 | 0.8 | 450 | 360.00 | TWT | Meeting with accountant regarding April's monthly report |
| 5/13/2014 | 0.2 | 450 | 90.00 | TWT | E-mail from Lender re: HUD Corrections. |
| 5/20/2014 | 0.4 | 450 | 180.00 | TWT | Review various e-mails between client and lender. |
| 5/23/2014 | 0.1 | 450 | 45.00 | TWT | E-mail Ross Brand re: Payment of Taxes. |
| 5/28/2014 | 0.8 | 225 | 180.00 | ASK | Travel time from court |
| 5/28/2014 | 0.4 | 450 | 100.00 | ASK | Appeared in court for status |
| 5/29/2014 | 0.7 | 450 | 315.00 | ACF | Tax Assessor PIN Lookup |
| 5/30/2014 | 1.2 | 225 | 300.00 | ACF | Travel to and from Will County Tax Assessor. |
| 5/30/2014 | 0.1 | 450 | 45.00 | TWT | E-mail Ross Brand re: Tax Payments and Respond. |
| 5/30/2014 | 0.3 | 450 | 75.00 | ACF | Payment of Property Taxes at Assessor's Office. |
| 5/30/2014 | 0.4 | 450 | 100.00 | ACF | Meeting at Tax Assessor's Office regarding property taxes. |
| 6/3/2014 | 0.1 | 450 | 45.00 | TWT | Review email from Ross Brand regarding status of case |
| 6/3/2014 | 0.2 | 450 | 90.00 | TWT | Research 28411 S Ill rte 50 average amounts. |
| 6/4/2014 | 0.8 | 225 | 180.00 | TWT | Travel to and from court |
| 6/4/2014 | 0.4 | 450 | 180.00 | TWT | Hearing on Motion to Use Cash. Set Hearing on adequacy of disclosure statement |
| 6/4/2014 | 0.1 | 450 | 45.00 | TWT | Email from Ross Brand regarding continued case |
| 6/4/2014 | 0.2 | 450 | 90.00 | TWT | Email from Ross Brand regarding Acceptance of modified plan terms |
| 6/16/2014 | 0.2 | 450 | 90.00 | TWT | Review and revise accountant's application for fees |
| 6/17/2014 | 0.2 | 450 | 90.00 | TWT | Review email regarding county taxes and respond to client |
| 7/3/2014 | 0.2 | 450 | 90.00 | TWT | Conference with Ross Brand re: requested changes to the Bankruptcy Plan. |


EXHIBIT
A 4 of 6

| | | | | | |
|---|---|---|---|---|---|
| 8/11/2014 | 3.2 | 450 | 1,440.00 | TWT | Amend Plan and Disclosure Statement and Exhibits. |
| 8/11/2014 | 1.1 | 450 | 495.00 | TWT | Amend Disclosure Statement. |
| 8/13/2014 | 0.2 | 450 | 90.00 | TWT | Review and respond to e-mail re: Trustee Fees. |
| 8/13/2014 | 0.6 | 450 | 270.00 | TWT | Conference call with client re: Payment of Real Estate Taxes. |
| 8/13/2014 | 0.6 | 450 | 270.00 | TWT | Meeting with client. |
| 8/17/2014 | 0.6 | 450 | 270.00 | TWT | Review and calculate square footage of Monee Property. |
| 8/18/2014 | 0.1 | 450 | 45.00 | TWT | Review and forward loan application to client. |
| 8/19/2014 | 1.3 | 225 | 292.50 | TWT | Travel to and from court. |
| 8/19/2014 | 1.2 | 450 | 540.00 | TWT | Court Appearance - status on Discharge Statement. |
| 8/20/2014 | 0.1 | 450 | 45.00 | TWT | Review email from lender re: possible refinance. |
| 8/20/2014 | 0.2 | 450 | 90.00 | TWT | Review and respond re: damage to roof. |
| 8/20/2014 | 0.1 | 450 | 45.00 | TWT | Review e-mail from client re: Loan Application. |
| 8/20/2014 | 0.2 | 450 | 90.00 | TWT | Review e-mail from client re: Liquidating Plan and Refinance Options. |
| 8/22/2014 | 0.1 | 450 | 45.00 | TWT | Email Client re: status of loan application |
| 9/2/2014 | 0.1 | 450 | 45.00 | TWT | Emailed Schedule E of 2012 Tax Return to Realtor |
| 9/30/2014 | 1.3 | 225 | 292.50 | TWT | Travel to and from court |
| 9/30/2014 | 1.6 | 450 | 720.00 | TWT | Court Hearing on Disclosure/Objections to claim/Motion to Retain tax preparer |
| 10/7/2014 | 2.2 | 450 | 990.00 | TWT | Review and preparation of solicitation package. |
| 10/9/2014 | 0.3 | 450 | 135.00 | TWT | Preparation of Real Estate Sale Contract |
| 10/22/2014 | 1.8 | 225 | 405.00 | TWT | Court Appearance for Status and Motion to Approve Accountant's fees. |
| | 31.6 | | 12,050.00 | | |

**EXPENSES**

| | | | | | |
|---|---|---|---|---|---|
| 5/28/2014 | 1 | 28 | 28.00 | ASK | Parking. |
| 5/30/2014 | 1 | 62.56 | 62.56 | TWT | Postage and Paper Fees for Amended Disclosure and Chapter 11 Plan<br>16 Creditors, 23 Pages, $1.61 |
| 6/4/2014 | 1 | 14 | 14.00 | TWT | Parking |



| Date | | | | | Description |
|------|---|-------|-------|-----|-------------|
| 6/9/2014 | 1 | 27.3 | 27.30 | LLD | Postage and Paper Fees for Notice of Service of Adequacy Order and Amended Disclosure 13 Creditors, $.90 ($11.70), 12 Pages ($15.60) |
| 6/16/2014 | 1 | 16.47 | 16.47 | LLD | Postage and Paper Fees for Application for Compensation Regarding MPSC 13 Creditors $.69 ($9.97) 5 Pages ($6.50) |
| 7/15/2014 | 1 | 30 | 30.00 | TWT | Parking |
| 8/11/2014 | 1 | 30 | 30.00 | TWT | Clerk of the Court - Filing Fee Amendment |
| 8/12/2014 | 1 | 29.4 | 29.40 | LLD | Postage and Paper Fee Regarding Amended Disclosure Plan 14 Creditors @ $.90, 12 Pages |
| 8/19/2014 | 1 | 33 | 33.00 | TWT | Parking. |
| 8/29/2014 | 1 | 26.85 | 26.85 | LLD | Postage and Paper Fees for Filing of Objection to Claims 15 Creditors at $0.69, 11 Pages |
| 9/30/2014 | 1 | 16.5 | 16.50 | TWT | Parking |
| 10/2/2014 | 1 | 13.2 | 13.20 | LLD | Postage and Paper Fees for Mailing Motion for Compensation - MPS 15 @ 4 Pages, $0.48 |
| 10/7/2014 | 1 | 97.8 | 97.80 | LLD | Postage and Copy Fees for Mailing of Chapter 11 Confirmation, Ballot, Plan, Solicitation Procedures, and Disclosure Statement. 12 Creditors at $5.75 = $69.00 + Copy Fees $28.80 |

425.08


EXHIBIT
A 6 of 6