UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | |
|---|---|---|
| | ) | Case No. 13 bk 34230 |
| THOMAS F. FEE | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO THOMAS W. TOOLIS, ATTORNEY FOR THOMAS F. FEE, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| TOTAL FEES REQUESTED: | $ 6,102.50 | TOTAL COSTS REQUESTED: | $ 571.05 |
| TOTAL FEES REDUCED: | $ 13.00 | TOTAL COSTS REDUCED: | ~~$ 0.00~~ 145.00 |
| TOTAL FEES ALLOWED: | $ 6089.50 | TOTAL COSTS ALLOWED: | ~~$ 571.05~~ 426.05 |

TOTAL FEES AND COSTS ALLOWED: $ 6,515.55

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)    **Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 13.00**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: _____, 2015

_____
Timothy A. Barnes
United States Bankruptcy Judge

29 APR 2015

| Bill Date | Dur/Qty | Rate/Price | Billable Amt | Staff | Desc |
|---|---|---|---|---|---|
| (1) Lumping 11/4/2014 | 0.30 | 100.00 | 30.00 | LLD | Spoke with Client Regarding Checks Written, Requested October Support and Real Estate Contract. Emailed Accountant October Statement and Answered Questions |
| 11/11/2014 | 0.80 | 100.00 | 80.00 | LLD | Prepared Third Application for Compensation for TWT |
| 11/11/2014 | 0.40 | 100.00 | 40.00 | LLD | Mailed Chase Mortgage Payment. |
| 11/12/2014 | 0.30 | 100.00 | 30.00 | LLD | Finalized and Filed Third Application for Compensation. |
| 11/12/2014 | 0.10 | 100.00 | 10.00 | LLD | Spoke with Client Regarding Payoff. |
| 11/12/2014 | 0.10 | 100.00 | 10.00 | LLD | Filed Report of Ballot. |
| 11/12/2014 | 0.20 | 100.00 | 20.00 | LLD | Emailed Agreed Order Conditioning Stay to Chase Counsel. |
| 11/13/2014 | 0.10 | 100.00 | 10.00 | LLD | Emailed Chase Lender Corrected Sales Contract |
| (1)Lumping 11/13/2014 | 0.20 | 100.00 | 20.00 | LLD | Met with Client to Review September Receipts and Disbursements. Signed Corrected Real Estate Contract. Questioned Client Regarding Deposit. |
| 11/19/2014 | 0.30 | 100.00 | 30.00 | LLD | Filed Response to Objection, Prepared and Filed Notice of Filing, Emailed to First Midwest Counsel |
| 11/19/2014 | 0.80 | 100.00 | 80.00 | LLD | Prepared and Filed Motion to Sell Real Estate |
| 11/21/2014 | 0.10 | 100.00 | 10.00 | LLD | Filed October Cash Receipts and Disbursements |
| 12/3/2014 | 0.10 | 100.00 | 10.00 | LLD | Answered Shawn's Email |
| 12/10/2014 | 0.30 | 100.00 | 30.00 | LLD | Prepared Letter to Chase, Mailed Mortgage Payment |
| 12/10/2014 | 0.40 | 100.00 | 40.00 | LLD | Downloaded November Bank Statements, Gathered November Support, Emailed Documents to Accountant |
| (1)Lumping 12/17/2014 | 0.40 | 100.00 | 40.00 | LLD | Received Email from Accountant Regarding Deposits Made and Checks Written. Called Client to Question Support, Emailed Accountant with Information |
| 12/19/2014 | 0.20 | 100.00 | 20.00 | LLD | Mailed Payment to MPS - Accountant |
| (1)Lumping 1/7/2015 | 0.40 | 100.00 | 40.00 | LLD | Spoke with Client Regarding Bank Support. Gathered Documents Requested by Accountant. Filed November Summary Cash Receipts and Disbursements. |
| 1/8/2015 | 0.10 | 100.00 | 10.00 | LLD | Emailed with Accountant Regarding Bank Support |
| 1/13/2015 | 0.20 | 100.00 | 20.00 | LLD | Spoke with Client Regarding Disbursements. Emailed Accountant Requested Information. |
| 1/20/2015 | 0.90 | 100.00 | 90.00 | LLD | Prepared and Filed Notice, Application to Employ Accountant, Coversheet and Order. Mailed to Creditors. |
| 2/6/2015 | 0.30 | 100.00 | 30.00 | LLD | Filed December Cash Receipts and Disbursements. |
| 2/6/2015 | 0.30 | 100.00 | 30.00 | LLD | Mailed Mortgage Payment for Debtor |
| 2/6/2015 | 0.30 | 100.00 | 30.00 | LLD | Emailed January Support and Bank Statement to Accountant. |
| 2/17/2015 | 0.10 | 100.00 | 10.00 | LLD | Spoke with Client Regarding January Support. |
| | | | $ 770.00 | | |
| 11/11/2014 | 0.30 | 450.00 | 135.00 | TWT | Prepared Ballot Report |
| 11/11/2014 | 0.10 | 450.00 | 45.00 | TWT | Emailed Megan Drefchenski regarding Ballot. |
| 11/18/2014 | 0.20 | 450.00 | 90.00 | TWT | Conference call with lender for purchase of Main Street property. |
| 11/19/2014 | 1.20 | 450.00 | 540.00 | TWT | Reviewed and responded to Objection to Confirmation. |
| 11/25/2014 | 1.40 | 450.00 | 630.00 | TWT | Court Appearance. Confirmation Hearing, Motion to Sell and Motion to Use Cash Collateral. |
| 11/25/2014 | 1.80 | 225.00 | 405.00 | TWT | Travel to and from court. |
| 11/26/2014 | 0.40 | 450.00 | 180.00 | TWT | Revise Cash Collateral Order/Order to Sell. |
| 1/5/2015 | 1.10 | 450.00 | 495.00 | TWT | Meeting with client regarding bankruptcy plan, sale of properties, and budget |
| 1/28/2015 | 1.60 | 225.00 | 360.00 | TWT | Travel to and from court. |
| 1/28/2015 | 1.30 | 450.00 | 585.00 | TWT | Court Appearance. Motion to Sell, Status Cash Collateral. |
| 2/3/2015 | 0.20 | 450.00 | 90.00 | TWT | Review and respond to email regarding converting case to Chapter 7 |
| 2/5/2015 | 0.10 | 450.00 | 45.00 | TWT | Review and respond to email regarding Status of closing and next court date |
| 2/12/2015 | 0.10 | 450.00 | 45.00 | TWT | Review of January operating report |

EXHIBIT A 1 of 3

| Date | Hours | Rate | Amount | | Description |
|---|---|---|---|---|---|
| 2/12/2015 | 0.10 | 450.00 | 45.00 | TWT | Respond to email from opposing counsel regarding operating account deposits |
| 2/12/2015 | 0.10 | 450.00 | 45.00 | TWT | Review and respond to email regarding alternatives to Chapter 7 |
| 2/13/2015 | 0.20 | 450.00 | 90.00 | TWT | Email client with questions regarding operating report and review response |
| 2/13/2015 | 0.10 | 450.00 | 45.00 | TWT | Email to Megan regarding Status of Loan |
| 2/17/2015 | 0.10 | 450.00 | 45.00 | TWT | Review email from Shawn regarding disclosure of information |
| 2/25/2015 | 0.50 | 450.00 | 225.00 | TWT | Court appearance. |
| 2/25/2015 | 1.80 | 225.00 | 405.00 | TWT | Travel to and from court. |
| 3/2/2015 | 0.20 | 450.00 | 90.00 | TWT | Review emails from Shawn regarding termination of engagement |
| 3/2/2015 | 0.10 | 450.00 | 45.00 | TWT | Review of completed monthly report for January 2015 |
| | | | $ 4,680.00 | | |

Expenses

| Date | | Amount | | | Description |
|---|---|---|---|---|---|
| 12/22/2014 | 1.00 | 39.00 | 39.00 | TWT | Parking |
| 11/12/2014 | 1.00 | 20.85 | 20.85 | LLD | Postage and Paper Fees Regarding Application for Compensation. $0.69 and 7 Pages - 15 Creditors |
| 11/19/2014 | 1.00 | 176.00 | 176.00 | TWT | Clerk of the Court - Filing Fee: Motion to Sell |
| 11/19/2014 | 1.00 | 25.35 | 25.35 | LLD | Postage and Paper Fees for Motion to Sell Real Estate $.69, 10 Pages at 15 Creditors |
| 11/25/2014 | 1.00 | 32.00 | 32.00 | TWT | Parking |
| 1/20/2015 | 1.00 | 14.70 | 14.70 | LLD | Postage and Paper Fees for Motion to Employ Accountant. 15 Creditors, $0.48, 5 Pages |
| 1/28/2015 | 1.00 | 39.00 | 39.00 | TWT | Parking. |
| 2/25/2015 | 1.00 | 35.00 | 35.00 | TWT | Parking |
| | | | $ 381.90 | | |

EXHIBIT
A 2 of 3

| Date | Hours | Rate | Amount | | Description |
|---|---|---|---|---|---|
| 2/12/2015 | 0.10 | 450.00 | 45.00 | TWT | Respond to email from opposing counsel regarding operating account deposits |
| 2/12/2015 | 0.10 | 450.00 | 45.00 | TWT | Review and respond to email regarding alternatives to Chapter 7 |
| 2/13/2015 | 0.20 | 450.00 | 90.00 | TWT | Email client with questions regarding operating report and review response |
| 2/13/2015 | 0.10 | 450.00 | 45.00 | TWT | Email to Megan regarding Status of Loan |
| 2/17/2015 | 0.10 | 450.00 | 45.00 | TWT | Review email from Shawn regarding disclosure of information |
| 2/25/2015 | 0.50 | 450.00 | 225.00 | TWT | Court appearance. |
| 2/25/2015 | 1.80 | 225.00 | 405.00 | TWT | Travel to and from court. |
| 3/2/2015 | 0.20 | 450.00 | 90.00 | TWT | Review emails from Shawn regarding termination of engagement |
| 3/2/2015 | 0.10 | 450.00 | 45.00 | TWT | Review of completed monthly report for January 2015 |
| 3/12/2015 | 0.40 | 450.00 | 180.00 | TWT | Prepare motion to withdraw |
| 3/12/2015 | 0.20 | 450.00 | 90.00 | TWT | Prepare order on motion to withdraw |
| 3/12/2015 | 0.10 | 450.00 | 45.00 | TWT | Prepare Notice of motion to withdraw |
| 3/18/2015 | 0.80 | 250.00 | 200.00 | ASK | Appeared in court on Motion to Withdraw |
| 3/18/2015 | 1.10 | 125.00 | 137.50 | ASK | Travel to and from court. |
| | **15.60** | | **$ 5,332.50** | | |

Expenses

| Date | | | Amount | | Description |
|---|---|---|---|---|---|
| 10/7/2014 | 1,144.00 | 0.10 | 114.40 | TWT | Paper Fees for Mailing Ballot - 88 Pages - 13 Creditors |
| 10/7/2014 | 13.00 | 5.75 | 74.75 | LLD | Postage for Mailing Ballot - 13 Creditors at $5.75 Postage |
| 12/22/2014 | 1.00 | 39.00 | 39.00 | TWT | Parking |
| 11/12/2014 | 1.00 | 20.85 | 20.85 | LLD | Postage and Paper Fees Regarding Application for Compensation. $0.69 and 7 Pages - 15 Creditors |
| 11/19/2014 | 1.00 | 176.00 | 176.00 | TWT | Clerk of the Court - Filing Fee: Motion to Sell |
| 11/19/2014 | 1.00 | 25.35 | 25.35 | LLD | Postage and Paper Fees for Motion to Sell Real Estate $.69, 10 Pages at 15 Creditors |
| 11/25/2014 | 1.00 | 32.00 | 32.00 | TWT | Parking |
| 1/20/2015 | 1.00 | 14.70 | 14.70 | LLD | Postage and Paper Fees for Motion to Employ Accountant. 15 Creditors, $0.48, 5 Pages |
| 1/28/2015 | 1.00 | 39.00 | 39.00 | TWT | Parking. |
| 2/25/2015 | 1.00 | 35.00 | 35.00 | TWT | Parking |
| ~~3/30/2015~~ 3/18/15 | 0.50 | 37.00 | 18.50 | ASK | Pro-rated parking |
| | | | **$ 589.55** | | |



EXHIBIT A 3 of 3