IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:   Thomas Fee                                              CASE NO: 13-34230

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS
For Month Ending        August 31, 2015

| | | | |
|---|---|---|---|
| BEGINNING BALANCE IN ALL ACCOUNTS | | | $ 27,409.07 |
| RECEIPTS   1. Receipts from operations | $ 11,330.00 | | |
| 2. Other Receipts | | | |
| 3. Transfers | | | |
| TOTAL RECEIPTS | | | $ 11,330.00 |

DISBURSEMENTS:
3. Net payroll:
   a. Officers
   b. Others
4. Taxes
   a. Federal Income Taxes (US trustee)
   b. FICA withholdings
   c. Employee's withholdings
   d. Employer's FICA
   e. Federal Unemployment Taxes
   f. State Income Tax
   g. State Employee withholdings
   h. All other state taxes

5. Necessary expenses:

| | | |
|---|---|---|
| a. Rent or mortgage payments (s) | $ | 1,076.61 |
| b. Utilities | $ | 19.92 |
| c. Insurance | $ | 354.91 |
| d. Merchandise bought for manufacture or sale | | |
| e. Other necessary expenses (specify) | | |
|    Repairs & Maintence | $ | 4,464.00 |
|    Professional Services | $ | - |
|    Security | $ | - |
|    Land Trust Payments | $ | 650.00 |
|    Bank Charges | $ | - |
|    Rent Refund | $ | - |
| f. Transfers | $ | - |

| | |
|---|---|
| TOTAL DISBURSEMENTS | $ 6,565.44 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ 4,764.56 |
| ENDING BALANCE IN Old Second National Bank # 7175 | $ 31,494.69 |
| ENDING BALANCE IN Old Second National Bank # 7183 | $ 678.94 |
| ENDING BALANCE IN ALL ACCOUNTS | $ 32,173.63 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:  **Thomas Fee**　　　　　　　　　　　CASE NO: 13-34230

### RECEIPTS LISTING
For Month Ending　　　　　August 31, 2015

Bank:　Old Second Bank
Location:　NEW LENOX, IL
Account Name:　Thomas Fee, Debtor in Possession
Account Number *7175

| DATE RECEIVED | | DESCRIPTION | AMOUNT | |
|---|---|---|---:|---:|
| 8/14/2015 | D | Rachel West - August Rent | 900.00 | |
| | D | Karlis Memenis - August Rent | 900.00 | |
| | B | Nicholas Woodman III - Rent | 650.00 | |
| | B | Hole in One, Inc. - August Rent | 2,500.00 | |
| | D | Paintertaining, LLC - 2049 Ridge Rent | 1,600.00 | |
| | C | Lynn Steinhauer - Rent | 430.00 | |
| | C | Gail & Michael Plumley - Rent | 550.00 | |
| | D | Jennifer Gadus - 2051 2E Rent | 1,000.00 | |
| | | | | 8,530.00 |
| 8/15/2015 | C | Joyce Christensen - Rent for Brian | 550.00 | |
| | C | Edward Christensen - Rent for Ed & Joyce | 650.00 | |
| | | | | 1,200.00 |
| 8/24/2015 | D | Paintertaining, LLC - 2049 Ridge Rent | | 1,600.00 |
| | | **Total** | | **11,330.00** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Thomas Fee                                    CASE NO: 13-34230

RECEIPTS LISTING

For Month Ending                    August 31, 2015

Bank:   Old Second Bank Account #7183
Location:   New Lenox
Account Name:   Thomas Fee Debtor in Possession
Account Number:   *7183

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| | TOTAL: | - |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:     Thomas Fee                                           CASE NO: 13-34230

### Disbursement Listing

For Month Ending                                  August 31, 2015

Bank:     Old Second Bank
Location: NEW LENOX, IL
Account Name:    Thomas Fee, Debtor in Possession
Account Number:  *7175

| DATE DISBURSED | | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 8/24/2015 | D | TRSNF | Withdrawal - Transfer to #9494, Plumbing for Homewood | 4,000.00 |
| 8/10/2015 | ALL | 148 | US Trustee - Trustee Quarterly Payment | 650.00 |
| 8/11/2015 | C | 246 | Chase - August Mortgage 5431 Main St. | 1,076.61 |
| 8/13/2015 | D | 247 | ComEd | 19.92 |
| 8/12/2015 | ALL | 249 | Auto Clinic - Truck Maintenace | 464.00 |
| 8/25/2015 | D | 250 | Farmers Insurance Exchange - Homewood | 354.91 |

TOTAL:                                                              6,565.44

| | |
|---|---|
| Federal Income Taxes | - |
| State Income Taxes | - |
| Rent or mortgage payments (s) | 1,076.61 |
| Utilities | 19.92 |
| Insurance | 354.91 |
| Merchandise bought for manufacture or sale | - |
| Repairs & Maintence | 4,464.00 |
| Professional Services | - |
| Security | - |
| Land Trust Payments | 650.00 |
| Bank Charges | - |
| Rent Refund | - |
| Transfers | - |
| | 6,565.44 |

-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:   Thomas Fee                                           CASE NO: 13-34230

**Disbursement Listing**

For Month Ending                                                  August 31, 2015

Bank:         Old Second Bank Account #7183
Location:     New Lenox
Account Name: Thomas Fee Debtor in Possession
Account Number: *7183

**DATE DISBURSED**   **CHECK NO.**   **DESCRIPTION**                        **AMOUNT**

                                     TOTAL:                                  -

                                     Federal Income Taxes                    -
                                     Rent or mortgage payments (s)           -
                                     Utilities                               -
                                     Insurance                               -
                                     Merchandise bought for manufacture or sale  -
                                     Repairs & Maintence                     -
                                     Professional Services                   -
                                     Security                                -
                                     Land Trust Payments                     -
                                     Transfers                               -
                                                                             -

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| THOMAS F. FEE, | ) | Case No. 13-34230 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

## DECLARATION UNDER PENALTY OF PERJURY

I, \_\_\_\_\_THOMAS F. FEE\_\_\_\_ acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor in Possession (Trustee)

Print or type name and capacity of
Person signing this Declaration:

_____

Dated: 9/27/15