UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 13bk34230 |
| THOMAS F. FEE, | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO FIGLIULO & SILVERMAN, P.C., ATTORNEYS FOR DEBTOR, FOR
ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 35,839.50 | TOTAL COSTS REQUESTED: | $ 254.02 |
| TOTAL FEES REDUCED: | $ 2,771.61 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 33,067.89 | TOTAL COSTS ALLOWED: | $ 254.02 |

TOTAL FEES AND COSTS ALLOWED: $ 33,321.91

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)      Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 1,001.08**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(2)      Unreasonable Time – TOTAL of disallowed amounts: $ 1,770.53**

The Court denies the allowance in part of compensation for the indicated task(s) since the professional or paraprofessional expended an unreasonable amount of time on the task(s) in light of the nature of the task(s), the experience and knowledge of the professional performing the task(s), and the amount of time previously expended by the professional or another on the task(s). *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (Squires, J.) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (*citing Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

In this case, the amount spent on preparing the application was 9.94% of the total application. The court reduced the amount awarded to 5% of the application.

Dated: March 15, 2016

_____
Timothy A. Barnes
United States Bankruptcy Judge

**Thomas F. Fee**
**Employment of Professionals**

| Date | Name | Hours | Rate | Amount | Description | |
|---|---|---|---|---|---|---|
| 2/20/2015 | Stephen Viz | 1.0 | $350.00 | $350.00 | Draft email to Shawn Fee re: Engagement Agreement, payment of advance payment retainer (.2); Draft Engagement Agreement (.5); Conference with MKD and WC re: objectives, strategy and course of action (.2); Phone Conference client re: payment of retainer (.1). | |
| 2/20/2015 | Michael Desmond | 0.1 | $375.00 | $37.50 | Review Chapter 11 Plan; Conference with R. Sukley; Conference with S. Viz Re: Same. | |
| 3/3/2015 | William Cross | 1.1 | $275.00 | $302.50 | Draft and revise application to employ Figliulo & Silverman and prepare affidavit exhibit and proposed order for same. | |
| 3/4/2015 | Michael Desmond | 1.5 | $375.00 | $562.50 | Draft application for employment of counsel; Draft affidavit; Draft Notice of Request for Retainer. | (1) Lumping |
| 3/5/2015 | Michael Desmond | 1.0 | $375.00 | $375.00 | Draft and revise application for employment of counsel (.4); Draft proposed order; Prepare service list; File Same (.4); Conference with counsel for First Midwest re: Settlement Proposal (.2) | |
| 3/5/2015 | Stephen Viz | 0.1 | $350.00 | $35.00 | Review our petition to employ F&S in Chapter 11 bankruptcy proceeding and exhibits, proposed court order; Conference with MKD re: our petition, strategy and course of action, our settlement offer and negotiations with First Midwest Bank | |
| 3/5/2015 | William Cross | 0.4 | $275.00 | $110.00 | Proofread and revise motion to employ F&S and notice of post-petition retainer and prepare service list for same. | (1) Lumping |
| 3/16/2015 | William Cross | 0.2 | $275.00 | $55.00 | Draft amended Desmond declaration for motion to employ counsel. | |
| 3/17/2015 | William Cross | 1.0 | $275.00 | $275.00 | Revise amended affidavit and prepare same for filing and service. | |
| | **Sub-total** | **6.4** | | **$ 2,102.50** | | |

**Settlement Negotiations with First Midwest Bank**

| Date | Attorney | Hours | Rate | Amount | Description | |
|---|---|---|---|---|---|---|
| 2/26/2015 | Michael Desmond | 1.5 | $375.00 | $562.50 | Draft Settlement proposal to First Midwest Bank. | |
| 2/26/2015 | Stephen Viz | 0.1 | $350.00 | $35.00 | Review and revise settlement proposal letter to First Midwest Bank's counsel;  Conference with MKD re:  revisions to settlement letter, proposed terms of settlement agreement with bank | |
| 2/27/2015 | Stephen Viz | 0.3 | $350.00 | $87.50 | Draft email to Shawn Fee re:  draft settlement proposal letter to First Midwest Bank;  Review response from Shawn Fee | |
| 3/3/2015 | Michael Desmond | 0.1 | $375.00 | $37.50 | Draft and revise settlement proposal to First Midwest Bank; Conference with S. Fee re: Same; Phone call to T. Toolis. | |
| 3/3/2015 | Stephen Viz | 1.0 | $350.00 | $350.00 | Review and revise proposed settlement offer letter to First Midwest Bank (.2);  Review operating account statement from accountant and emails from client t(.4);  Draft email to client re:  revised settlement proposal to bank (.1);  Phone Conference with client re:  revised settlement proposal to bank (.3) | |
| <u>3/6/2015</u> | <u>Michael Desmond</u> | <u>0.3</u> | <u>$375.00</u> | <u>$93.75</u> | <u>Review response from First Midwest re: Settlement; Conference with S. Fee.</u> | (1) Lumping |
| 3/6/2015 | Stephen Viz | 0.3 | $350.00 | $105.00 | Draft email to client re:  bank's response to our settlement proposal and offer and bank's settlement counteroffer;  Review bank's counter settlement offer | |
| 3/10/2015 | Stephen Viz | 0.3 | $350.00 | $87.50 | Review and respond to client's emails re:  our response to bank's settlement counterproposal | |
| 3/11/2015 | Michael Desmond | 0.7 | $375.00 | $262.50 | Conference call with Tom Fee and Shawn Fee re: Revised Proposal to FMB (.5); Correspondence with M. Drefchinski (.2). | |

| Date | Name | Hours | Rate | Amount | Description | |
|---|---|---|---|---|---|---|
| 3/11/2015 | Stephen Viz | 1.0 | $350.00 | $350.00 | Conference call with client and MKD re: our response to bank's counterproposal for settlement, potential sale of property to IDOT for South Suburban Airport project, objectives, strategy, recommendations and course of action (.5);  Draft email to client re: documents from IDOT and Hanson on offer to purchase property for airport, potential settlement with IDOT;  Review emails from bank's counsel re:  proposed settlement (.5) | (1) Lumping |
| 3/12/2015 | Michael Desmond | 0.3 | $375.00 | $112.50 | Conference with M. Drefchinski re: proposal to FMB; Conference with S. Viz. | (1) Lumping |
| 3/16/2015 | Michael Desmond | 1.5 | $375.00 | $562.50 | Conference with S. Fee re: potential settlement with First Midwest; Review interim cash collateral order and pending sale motion; Conference with M. Drefchinski; Draft Second interim cash collateral order. | (1) Lumping |
| 3/16/2015 | Stephen Viz | 1.5 | $350.00 | $525.00 | Draft emails to client re:  settlement negotiations with IDOT for sale of Peotone property, prior offers and counteroffers, status of negotiations, offer documents, bank's and IDOT's appraisals for Peotone property (.5); Review bank's appraisal of Peotone property;  Review IDOT's appraisals of Peotone property (.5);  Phone Conference with Maribeth Ralph of Hanson re:  negotiations for IDOT's purchase of Peotone property for South Suburban Airport project (.5). | |
| 3/27/2015 | Michael Desmond | 0.3 | $375.00 | $112.50 | Draft and revise proposal to First Midwest; Send Same; Conference with S. Viz. | (1) Lumping |
| 3/27/2015 | Stephen Viz | 0.3 | $350.00 | $87.50 | Review and revise our response and counterproposal to bank's settlement proposal | |

| Date | Name | Hours | Rate | Amount | Description | |
|---|---|---|---|---|---|---|
| 3/30/2015 | Stephen Viz | 0.3 | $350.00 | $87.50 | Review and respond to email from client re: status of settlement negotiations with bank and IDOT; Draft emails to Maribeth Ralph at Hanson re: status of IDOT's response to our settlement offer | (1) Lumping |
| 3/31/2015 | Michael Desmond | 0.3 | $375.00 | $112.50 | Conference with S. Fee re: Status; Phone call to M. Drefchinski re: Status of proposal to First Midwest. | (1) Lumping |
| 4/7/2015 | Stephen Viz | 0.3 | $350.00 | $87.50 | Review bank's responses and counterproposals to our latest settlement offer; Review email from client re: strategy, objectives, course of action | (1) Lumping |
| 4/8/2015 | Michael Desmond | 1.3 | $375.00 | $487.50 | Conference with M. Drefchinski re: Settlement proposal re: Sale of properties .(2); Review Appraisal values from FMB (.5); Conference with S. Fee (.1); Research and review FDIC loss sharing agreement (.5) | |
| 5/5/2015 | Michael Desmond | 0.6 | $375.00 | $225.00 | Conference with M. Drefchinski re: Settlement (.20); Conference with S. Fee re: Same (.20); Review analysis of R.E. Taxes by property (.20). | |
| 5/13/2015 | Michael Desmond | 1.0 | $375.00 | $375.00 | Conference with T. Fee, S. Fee and H. fee re: Status & Strategy; Review file re: Same. | (1) Lumping |
| 7/6/2015 | Michael Desmond | 0.3 | $375.00 | $93.75 | Conference with M. Drefchinski re: Motion to Convert. | |
| 7/13/2015 | Michael Desmond | 0.3 | $375.00 | $112.50 | Conference with M. Drefchinski re: Settlement with First Midwest Bank. | |
| 7/15/2015 | Michael Desmond | 1.0 | $375.00 | $375.00 | Conference call with Tom Fee and Shawn Fee re: Settlement proposal with First Midwest Bank; Phone call to M. Drefchinski. | (1) Lumping |
| 7/22/2015 | Michael Desmond | 0.3 | $375.00 | $93.75 | Conference with Tom Fee re: Status of settlement. | |
| 8/6/2015 | Michael Desmond | 0.3 | $375.00 | $112.50 | Conference call with Tom Fee and Shawn Fee re: Status and Strategy. | |
| 8/7/2015 | Michael Desmond | 0.5 | $375.00 | $187.50 | Review proposed draft of Deed in Lieu Agreement Re: First Midwest Bank. | |

| | | | | |
|---|---|---|---|---|
| 8/13/2015 Michael Desmond | 0.3 | $375.00 | $112.50 | Conference with J. Bibeau re: Tax Implications of Deed in Lieu Agreement. |
| 8/20/2015 Michael Desmond | 1.0 | $375.00 | $375.00 | Draft Analysis of Tax effect of Deed in Lieu Agreement. |
| 8/24/2015 Michael Desmond | 0.3 | $375.00 | $112.50 | Conference with M. Drefchinski re: Deed In Lieu agreement; Conference with S. Fee re: Sale issues. |

(1) Lumping

| | | | |
|---|---|---|---|
| **Sub-Total** | **17.2** | | **$ 6,321.25** |

**Sale of Peotone Property to IDOT**

| | | | | |
|---|---|---|---|---|
| 3/9/2015 Stephen Viz | 0.3 | $350.00 | $105.00 | Phone Conference with Maribeth Ralph of Hanson re: representation of ownership, latest offers and counteroffers, IDOT's response, Ombudsmen's appraisal, settlement negotiations, status of land acquisition and SSA project |
| 3/13/2015 Stephen Viz | 1.5 | $350.00 | $525.00 | Review IDOT's offer documents for purchase of Peotone airport parcel, appraisals, correspondence re: offer and counteroffer for IDOT's purchase of Peotone property (.5); Review and respond to emails from client and Maribeth Ralph of Hanson re: representation of ownership, IDOT's offer documents, status of offer and counteroffer, appraisals, Ombudsmen's appraisal, status of settlement negotiations (.5); Draft letter to Maribeth Ralph re: confirming representation of ownership, request for offer package documents (.3); Draft email to client re: current amounts of outstanding back taxes for each parcel, status of tax payments; Review response from client re: outstanding taxes, payment of taxes since bankruptcy filing (.2). |
| 3/24/2015 Stephen Viz | 0.3 | $350.00 | $87.50 | Draft emails to Maribeth Ralph at Hanson re: status of settlement offer to IDOT for purchase price of Peotone property for South Suburban Airport |

| Date | Timekeeper | Hours | Rate | Amount | Description | |
|---|---|---|---|---|---|---|
| 3/25/2015 | Stephen Viz | 0.3 | $350.00 | $105.00 | Draft email to Maribeth Ralph of Hanson re: IDOT's response to our settlement offer for purchase of Peotone property for airport; Review our proposed response to bank's settlement proposal; Phone call to Scott Fenwick of LFI Real Estate re: potential retention as broker and property manager for client's properties | (1) Lumping |
| 3/31/2015 | Stephen Viz | 1.0 | $350.00 | $350.00 | Review IDOT's appraisals and offer documents for Peotone property; Phone Conference with Erwin Wirth, bank's appraiser, re: Peotone property; Phone Conference with client re: appraisal of Peotone property, status of negotiations with IDOT | (1) Lumping |
| 4/8/2015 | Stephen Viz | 1.2 | $350.00 | $420.00 | Review and respond to emails from Maribeth Ralph re: IDOT's response to our sale price, settlement offer; Phone Conference with Ms. Ralph re: IDOT's response to our offer to sell Peotone property for airport (.5); Conference with client and MKD re: bank's response to our settlement proposal and bank's counterproposal, our response to bank's settlement counterproposal, strategy, objectives, course of action (.5); Review email from bank's attorney re: bank's new appraised values for each property (.2) | |
| 4/9/2015 | Stephen Viz | 0.3 | $350.00 | $105.00 | Phone Conference with Maribeth Ralph of Hanson re: IDOT's response to our settlement offer on sale price for Peotone property, settlement negotiations | |

| | | | | |
|---|---|---|---|---|
| 4/16/2015 Stephen Viz | 0.3 | $350.00 | $87.50 | Draft email to client re: IDOT's rejection of our sale price offer for Peotone property, status of negotiations with IDOT on sale price, authority for counteroffer, objectives, strategy and course of action; Review and respond to client's emails re: counteroffer to IDOT for sale of Peotone property |
| 4/17/2015 Stephen Viz | 0.3 | $350.00 | $87.50 | Draft email to Maribeth Ralph at Hanson re: our counteroffer sale price for Peotone property; Review email from Ms. Ralph re: same; Phone Conference with Ms. Ralph re: negotiations on sale price for Peotone property |
| 5/13/2015 Stephen Viz | 0.3 | $350.00 | $87.50 | Phone Conference with Maribeth Ralph of Hanson re: status of airport project, IDOT's land acquisition, Ombudsmen's appraisals, settlements |
| 6/9/2015 Stephen Viz | 0.3 | $350.00 | $105.00 | Draft emails to MB Ralph of Hanson re: status of airport project, land acquisition, settlements, status of IDOT's response to our offer; Review response email from Ms. Ralph; Phone Conference with Ms. Ralph re: status of airport project and land acquisitions, our settlement offer |
| 6/11/2015 Stephen Viz | 0.3 | $350.00 | $87.50 | Review email from Hanson and letter from IDOT re: status of airport project and land acquisition |
| 6/19/2015 Stephen Viz | 0.3 | $350.00 | $87.50 | Phone Conference with Maribeth Ralph of Hanson re: status of airport project and land acquisition, status of IDOT's response to our offer to sell and purchase price |
| 7/9/2015 Stephen Viz | 0.3 | $350.00 | $87.50 | Draft email to Maribeth Ralph at Hanson re: status of airport project, IDOT's land acquisition, governor's approval of project and further land acquisition, status of outstanding offers; Review response from Ms. Ralph re: status of project and land acquisition |

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 7/15/2015 | Stephen Viz | 0.3 | $350.00 | $87.50 | Phone Conference with MB Ralph re: status of funding for SSA project and land acquisitions, governor's veto of appropriations for SSA land acquisitions, status of project and IDOT's land acquisitions |
| 7/15/2015 | Stephen Viz | 0.3 | $350.00 | $87.50 | Research status of funding for SSA land acquisition in state budget, latest appropriations bills, governor's line-item veto of SSA appropriations |
| 7/16/2015 | Stephen Viz | 0.3 | $350.00 | $87.50 | Review letter from IDOT re: relocation benefits and assistance; Conference with MKD re: same |
| 8/18/2015 | Stephen Viz | 0.3 | $350.00 | $87.50 | Review and respond to letter from buyer's attorney re: request for extension of time for submission of loan to underwriting |

|  | **Sub-Total** | **7.65** |  | **$ 2,677.50** |  |

**Analysis of Real Estate Taxes**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 3/12/2015 | Stephen Viz | 1.5 | $350.00 | $525.00 | Review and analyze real estate tax redemption documents and proof of claim for back taxes for Will and Cook County parcels, email from bank's counsel re: outstanding real estate taxes (1.0); Conference with MKD re: redemption of real estate taxes, accurate amounts due per parcel, breakdown of outstanding taxes, interest and penalties per parcel, settlement strategy and recommendations to client (.2); Draft email to client re: status of outstanding real estate taxes, breakdown of back taxes by parcel; Review response from client re: outstanding real estate taxes (.3). |

| Date | Name | Hours | Rate | Amount | Description | |
|---|---|---|---|---|---|---|
| 3/16/2015 | Stephen Viz | 1.0 | $350.00 | $350.00 | Review broker's listing agreement and email from client (.2); Conference with MKD and TK re: current real estate tax redemption figures and documents for Will and Cook County properties (.2); Review and analyze real estate tax redemption documents, information on amounts of outstanding back taxes .4); Review and respond to client's emails re: outstanding real estate tax issues (.2). | |
| 3/17/2015 | Stephen Viz | 0.8 | $350.00 | $262.50 | Review information from Will County on current real estate tax redemption amounts for each parcel (.2); Review emails from client re: status of broker and IDOT's offer to purchase Peotone property for airport (.2); Review proposed cash collateral order and budget (.2); Phone Conference with Maribeth Ralph of Hanson re: status of IDOT's offer for Peotone property, settlement negotiations (.2 | |
| 3/17/2015 | Teri Krcmarik | 1.0 | $95.00 | $95.00 | Conference with Gee at Cook County Clerk re: Estimate of Redemption status; Review Vida at Treasurer's office e-mail re: Payoffs for delinquent PIN's; Conference with same; Conference with Suzanne at Clerk's office re: Estimate of Redemption. | (1) Lumping |
| 3/19/2015 | Stephen Viz | 1.0 | $350.00 | $350.00 | Review documents from Will County Treasurer's Office on estimates of redemption for back real estate taxes (.5); Conference with MKD re: status of back taxes, current redemption amounts, rent delinquency, possible eviction of commercial tenant, status of case and settlement with bank, settlement strategy with First Midwest Bank, course of action and objectives (.3); Review commercial lease in default (.2). | |

| Date | Name | Hours | Rate | Amount | Description | |
|---|---|---|---|---|---|---|
| 5/5/2015 | Stephen Viz | 2.5 | $350.00 | $875.00 | Research and analyze current estimates of redemption for Cook and Will county delinquent real estate taxes (1.0);  Review Cook County estimates of redemption for Homewood property (.3);  Revise spreadsheet on delinquent real estate taxes for each property (1.0);  Conference with MKD;  Draft email to client re:  current status of real estate taxes (.2);  Conference with TK re:  preparation of additional spreadsheet on estimated net proceeds for sale of each parcel | |
| 5/5/2015 | Teri Krcmarik | 0.8 | $95.00 | $71.25 | Meeting with SAV re: Cook County updated open taxes;  Update and e-mail to SAV Spreadsheet;  Research 2014 property taxes;  Revise Spreadsheet; | (1) Lumping |
| 5/13/2015 | Stephen Viz | 0.3 | $350.00 | $105.00 | Review and analyze Cook County estimates of redemption for Homewood property;  Conference with MKD re:  updated real estate tax liability | (1) Lumping |
| 5/13/2015 | Teri Krcmarik | 0.3 | $95.00 | $28.50 | Meeting with SAV re: Cook County Open Taxes;  E-mail same to SAV;  Prepare and e-mail to SAV Open Taxes Spreadsheet; | (1) Lumping |
| 8/4/2015 | Stephen Viz | 0.3 | $350.00 | $87.50 | Review Will County tax redemption figures | |
| 8/4/2015 | Teri Krcmarik | 0.3 | $95.00 | $23.75 | Meeting with SAV/MKD re: Will County Clerk's Estimates of Redemption of Taxes;  E-mail to MKD;  E-mail to Vida; | (1) Lumping |
| 8/5/2015 | Stephen Viz | 0.3 | $350.00 | $105.00 | Draft email to TK re:  updating Will and Cook County real estate taxes estimates of redemption;  Conference with MKD re:  status of sale deal for 5431 Main St., Monee, buyer's financing, settlement with bank;  Review buyer's attorney Bill Drew's letter requesting extension on mortgage application date;  Execute and send back Mr. Drew's letter re:  extension on mortgage application | (1) Lumping |

| Date | Name | Hours | Rate | Amount | Description | |
|---|---|---|---|---|---|---|
| 8/12/2015 | Teri Krcmarik | 0.3 | $95.00 | $28.50 | Review Cook County Clerk's Estimates of Redemption; E-mail same to SAV; Review Will County Treasurer's Estimates of Redemption; Research Will County Clerk's 2006 and 2010 tax payment status; Conference with Josh; E-mail Will County Estimates to SAV; | (1) Lumping |
| | **Sub- Total** | **10.2** | | **$ 2,907.00** | | |

**Use of Cash Collateral**

| Date | Name | Hours | Rate | Amount | Description | |
|---|---|---|---|---|---|---|
| 3/16/2015 | William Cross | 0.1 | $275.00 | $27.50 | Review and proofread proposed second interim cash collateral order. | |
| 3/17/2015 | Michael Desmond | 0.5 | $375.00 | $187.50 | Draft proposed cash collateral budget; Review and revise Second interim order. | |
| 3/19/2015 | Michael Desmond | 0.2 | $375.00 | $75.00 | Review revise cash collateral order; Conference with S. Fee re: proposal to First Midwest Bank. | (1) Lumping |
| 4/27/2015 | Michael Desmond | 1.5 | $375.00 | $562.50 | Draft Third Interim  Cash Collateral Order and Budget (.5); Conference call with M. Drefchinski re: settlement issues (.5); Conference with S. Fees re: Same (.2) Review Operating Reports for February and March and prepare for filing.(.3) | |
| 6/30/2015 | Michael Desmond | 1.0 | $375.00 | $375.00 | Draft Fifth Cash Collateral Order (.3); Court appearance re: Same (.5); Conference with M. Drefchinski re: Same (.2). | |
| 7/1/2015 | Michael Desmond | 0.5 | $375.00 | $187.50 | Draft July 2015 Budget for Cash Collateral Order; Conference with S. Fee re: Same. | |
| 7/2/2015 | Michael Desmond | 0.5 | $375.00 | $187.50 | Draft and revise Fifth Cash Collateral order (.2); Revise Budget and send to M. Drefchinski for review (.3). | |
| 7/8/2015 | Michael Desmond | 0.5 | $375.00 | $187.50 | Draft and revise Fifth Cash Collateral order and submit to Judge Barnes. | |
| | **Sub-Total** | **4.8** | | **$ 1,790.00** | | |

## Tenant and Leasing Issues

| Date | Name | Hours | Rate | Amount | Description | |
|---|---|---|---|---|---|---|
| 3/20/2015 | Michael Desmond | 0.5 | $375.00 | $187.50 | Review leases and review operation report; Request rent roll from client. | (1) Lumping |
| 3/20/2015 | Stephen Viz | 1.0 | $350.00 | $350.00 | Review emails from client re: commercial tenants in default on rent payments, extent of deficiencies, terms of leases, payment history, notice to tenants of termination, course of action( .3); Review summary of cash receipts and disbursements for February 2015; Review commercial lease in default (.5); Draft emails to client re: commercial tenants in default, landlord's notice, possible eviction actions; Conference with MKD re: tenant defaults, landlord's notices of termination, possible eviction actions, settlement negotiations with bank, strategy and course of action (.2). | |
| 3/23/2015 | Michael Desmond | 0.5 | $375.00 | $187.50 | Review leases and rent roll (.2); Conference with S. fee; Phone call to M. Drefchinski; Draft default letter to bar (.3). | (1) Lumping |
| 3/23/2015 | Stephen Viz | 2.0 | $350.00 | $700.00 | Review client's landlord's 30-day eviction notice to commercial tenant of Monee property(1.0); Review residential lease in default for Homewood property; Draft email to client re: current rent roll, status of Homewood residential tenant's delinquency (.2); Review and analyze documents from Will and Cook Counties on redemption of back taxes; Prepare spread sheet analysis of current amounts of delinquent taxes per parcel; Analyze estimated interest on Cook County parcel's tax principal amounts and revise spread sheet on redemption amounts of real estate taxes to include interest calculation (.8) | |

| Date | Name | Hours | Rate | Amount | Description | |
|---|---|---|---|---|---|---|
| 3/23/2015 | William Cross | 0.6 | $275.00 | $165.00 | Draft and revise letter notice of default to Mr. Ho/Cliff and Tommy's Restaurant. | |
| 3/23/2015 | William Cross | 0.2 | $275.00 | $55.00 | Draft landlord's five days notice to Mr. Ho/Cliff and Tommy's Restaurant. | |
| 3/24/2015 | Michael Desmond | 1.0 | $375.00 | $375.00 | Review rent roll from client; Conference call with Tom fee and Shawn Fee re: proposal to First Midwest Bank; Draft Same. | (1) Lumping |
| 3/24/2015 | Stephen Viz | 0.8 | $350.00 | $262.50 | Review and analyze rent roll for all properties, income and expense statement for rented properties; Conference call with client and MKD re: status of settlement negotiations with bank, recommendations, strategy, course of action, current liability for back real estate taxes, status of negotiations with IDOT for sale of Peotone property for airport, retention of property manager and new real estate broker to list and market properties | (1) Lumping |
| 4/2/2015 | Stephen Viz | 0.5 | $350.00 | $175.00 | Phone conferences with Michael Rose and Scott Fenwick of LFI Real Estate re: potential retention as property manager and/or broker, potential purchaser of client's properties; Draft email to Mike Rose and Scott Fenwick at LFI Real Estate re: client's properties, potential retention as property manager and/or broker, potential interest in purchase of properties | (1) Lumping |
| | **Sub-Total** | **7.1** | | **$ 2,457.50** | | |

**Retention of Property Manager**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 3/26/2015 | Michael Desmond | 0.5 | $375.00 | $187.50 | Conference with D. Hyman and Ben Thompson re: Property Manager re: Tom Fee. |

| 3/26/2015 Stephen Viz | 0.5 | $350.00 | $175.00 | Review price analysis for client's properties from new broker/property manager; Conference with MKD re: probable list and selling prices of client's properties, settlement counterproposal to bank | (1) Lumping |
|---|---|---|---|---|---|

| | **Sub-Total** | **1.0** | **$362.50** | | |
|---|---|---|---|---|---|

**Sale of Properties Pursuant to Section 363**

| 4/10/2015 Michael Desmond | 0.5 | $375.00 | $187.50 | Review letter of Intent from Milco investments for purchase of 3.3 acres of vacant land in Monee; Correspondence with client; conference with S. Fee. | |
|---|---|---|---|---|---|
| 4/10/2015 Stephen Viz | 0.5 | $350.00 | $175.00 | Review letter of intent for purchase of Monee property and emails from client; Phone Conference with client re: letter of intent, our response, IDOT's response to our sale price offer for purchase of Peotone property, our counteroffer, possible eviction of commercial tenant, strategy and course of action; Review March Summary of Receipts and Disbursements | (1) Lumping |
| 4/20/2015 Stephen Viz | 1.0 | $350.00 | $350.00 | Review and analyze bank's new appraisals of client's five properties | |
| 4/21/2015 Michael Desmond | 1.2 | $375.00 | $450.00 | Review revised Bank appraisals (.5); Draft letter to Milco re: Vacant property; (.5) Conference with S. Fee. (.2) | |

| Date | Name | Hours | Rate | Amount | Description | |
|---|---|---|---|---|---|---|
| 4/21/2015 | Stephen Viz | 0.8 | $350.00 | $262.50 | Review letter of intent for purchase of vacant Monee commercial property; Review and revise our response to letter of intent (.4); Conference with MKD re: our response to letter of intent for purchase of Monee property; Review bank's latest appraisal for vacant Monee commercial property; Phone Conference with client re: our response to letter of intent for Monee commercial property, status of our counteroffer to IDOT for sale of Peotone property for South Suburban Airport (.4). | (1) Lumping |
| 4/22/2015 | Stephen Viz | 0.3 | $350.00 | $87.50 | Draft email to client re: our response to letter of intent for purchase of Monee property, plat maps for Monee property showing dimensions and size of site; Review bank's appraisal for plats to respond to letter of intent for purchase of Monee site | (1) Lumping |
| 4/29/2015 | Stephen Viz | 0.3 | $350.00 | $87.50 | Review latest revised letter of intent and offer to purchase Monee vacant parcel; Conference with MKD re: strategy for responding to letter of intent, client's objectives | (1) Lumping |
| 5/6/2015 | Stephen Viz | 1.0 | $350.00 | $350.00 | Review and revise master spreadsheet for estimated net proceeds from potential sale of each property (.5); Review and analyze data for master spreadsheet; Conference with MKD re: estimated net proceeds for sale of each property (.5). | |
| 5/6/2015 | Teri Krcmarik | 0.3 | $95.00 | $23.75 | Meeting with SAV re: Bankruptcy Spreadsheet; Revise same; | |
| 5/7/2015 | Michael Desmond | 0.4 | $375.00 | $150.00 | Review sale Analysis for the properties; Phone call to prior accountant re: Tax basis in properties; Phone call to J. Bibeau re: 2014 Tax Return; Correspondence with client re: Same. | (1) Lumping |

| Date | Attorney | Hours | Rate | Amount | Description | |
|------|----------|-------|------|--------|-------------|---|
| 5/7/2015 | Michael Desmond | 0.4 | $375.00 | $150.00 | Review draft letter of Intent re: Vacant land in Monee; Draft letter to B. Miller re: Response to Letter of Intent; Conference with S. Viz re: R.E. Tax redemption estimate. | (1) Lumping |
| 5/12/2015 | Michael Desmond | 0.5 | $375.00 | $187.50 | Review Amended Letter of Intent.; Send to client; Phone conference with B. Miller. | (1) Lumping |
| 6/11/2015 | Michael Desmond | 1.0 | $375.00 | $375.00 | Conference call with Tom Fee, S. Fee and H. Fee (.5); Send letter of Intent to M. Drefchinski (.5). | |
| 7/6/2015 | Stephen Viz | 0.3 | $350.00 | $87.50 | Review and respond to emails with client re: offer letter for proposed purchase of property | |
| 7/20/2015 | Michael Desmond | 0.5 | $375.00 | $187.50 | Conferences with S. Fee and M. Drefchinski re: Sale of 5431 Main Street. | (1) Lumping |
| 7/22/2015 | Stephen Viz | 1.0 | $350.00 | $350.00 | Phone conference with attorney Bill Drew re: purchase contract for sale of 5431 Main St., Monee;  Phone Conference with Shawn Fee re: terms of purchase contract, status of financing | (1) Lumping |
| 7/23/2015 | Stephen Viz | 1.0 | $350.00 | $350.00 | Conference call with Shawn Fee and MKD re:  status of contract for purchase of 5431 Main, Monee, contract terms and provisions, status of financing for purchase, settlement negotiations with bank, strategy and course of action | |
| 7/24/2015 | Michael Desmond | 1.0 | $375.00 | $375.00 | Conferences with M. Drefchinski and S. Viz re: sale of 5431 Main (.3); Conference with Tom Fee re: Same (.2); Draft proposed rider to purchase contract (.5). | |
| 7/24/2015 | Stephen Viz | 0.1 | $350.00 | $35.00 | Review proposed Rider to purchase contract for 5431 Main St., Monee; Conference with MKD re:  settlement negotiations, contract and rider terms for sale of Monee property | |
| 7/27/2015 | Stephen Viz | 0.5 | $350.00 | $175.00 | Phone Conference with attorney Bill Drew re:  terms and provisions of purchase and sale contract and proposed rider for sale of 5431 Main St., Monee;  Draft email to Bill Drew re:  rider to contract | (1) Lumping |

Slip Listing

| Date | Name | Hours | Rate | Amount | Description | |
|---|---|---|---|---|---|---|
| 7/28/2015 | Stephen Viz | 0.3 | $350.00 | $87.50 | Draft email to attorney Bill Drew re: contract rider for sale of 5431 Main St. Monee, status of contract; Review email from Bill Drew re: status of contract and rider | (1) Lumping |
| 7/29/2015 | Michael Desmond | 0.5 | $375.00 | $187.50 | Review draft purchase agreement for 5431 Main Street. | |
| 7/29/2015 | Stephen Viz | 1.5 | $350.00 | $525.00 | Review proposed contract for sale of 5431 Main St, Monee; Draft email to buyer's attorney Bill Drew re: contract and rider; Review and respond to email from Jim Quist, mortgage broker, re: status of contract, financing for deal; Draft email to Bill Drew re: additional provisions to contract and rider; Conference with MKD re: contract and rider provisions | (1) Lumping |
| 7/30/2015 | Michael Desmond | 2.5 | $375.00 | $937.50 | Draft Motion for Sale of 5431 Main St. | |
| 7/30/2015 | Stephen Viz | 1.0 | $350.00 | $350.00 | Conference with MKD re: status of sale contract and rider for 5431 Main St., Monee, buyer's financing, motion to approve sale, recorded mortgage instrument in Cook and Will Counties; Review and respond to emails from buyer's attorney Bill Drew re: status of contract and rider; Review contract from attorney Bill Drew | (1) Lumping |
| 7/31/2015 | Michael Desmond | 1.5 | $375.00 | $562.50 | Review and revise Purchase contract for 5431 W. Main Street; Conferences with S. Fee and S. Viz; Send revisions to W. Drew. | (1) Lumping |

| Date | Name | Hours | Rate | Amount | Description | |
|---|---|---|---|---|---|---|
| 7/31/2015 | Stephen Viz | 1.0 | $350.00 | $350.00 | Conference with MKD re: contract and rider for sale of 5431 Main St. Monee, status of buyer's financing; Review revised sale contract from attorney Bill Drew; Phone Conference with Jim Quist, mortgage broker, re: status of buyer's financing, disclosure requirements, mortgage requirements, AS-IS condition provision, approval process and timeframe( .8); Draft email to buyer's attorney Bill Drew re: status of signed contract and rider, buyer's financing (.2) | (1) Lumping |
| 8/3/2015 | Michael Desmond | 2.1 | $375.00 | $787.50 | Draft and revise Motion to sell 5431 Main St. | |
| 8/3/2015 | Stephen Viz | 0.5 | $350.00 | $175.00 | Review email from client re: sale of 5431 Main St., Monee, status of signed contract and rider, earnest money deposit; Review fully executed contract and rider for sale of Monee property; Conference with MKD | (1) Lumping |
| 8/4/2015 | Michael Desmond | 1.2 | $375.00 | $450.00 | Draft and revise sale motion; Prepare exhibits and file same; Conference with M. Drefchinski. | (1) Lumping |
| 8/4/2015 | William Cross | 0.5 | $275.00 | $137.50 | Proofread motion to approve sale of 5431 Main. | |
| 8/5/2015 | Michael Desmond | 0.5 | $375.00 | $187.50 | Conference with Tom Fee and Shawn Fee re: Status of case and Sale of 5431 Main Street. | |
| 8/6/2015 | Stephen Viz | 0.3 | $350.00 | $87.50 | Conference with MKD re: status of buyer's financing for sale of 5431 Main St., Monee, bank's proposed settlement agreement, conversion of case to Chapter 7 | |
| **Sub-Total** | | **25.7** | | **$ 9,221.25** | | |

### Court Appearances

| Date | Attorney | Hours | Rate | Amount | Description | |
|------|----------|-------|------|--------|-------------|---|
| 2/24/2015 | Stephen Viz | 0.3 | $350.00 | $87.50 | Phone Conference with Shawn Fee re: strategy for tomorrow's court hearing; Draft email and text message to Shawn Fee re: covering tomorrow's court hearing, status of case | (1) Lumping |
| 2/25/2015 | Michael Desmond | 1.0 | $375.00 | $375.00 | Court appearance for status hearing on Chapter 11 Plan; Prepare for Same. | |
| 2/25/2015 | Stephen Viz | 1.0 | $350.00 | $350.00 | Draft email to client re: outcome of today's court hearing; Phone Conference with Shawn Fee re: outcome of today's court appearance, monthly operating statements, settlement proposal to bank, status and course of action; Conference with MKD re: court hearing, settlement proposal, operating statements, course of action and strategy | (1) Lumping |
| 3/18/2015 | Michael Desmond | 2.0 | $375.00 | $750.00 | Court appearance for status hearing and motion to employ F&S and continue use of cash collateral (1.5); Correspondence with M. Drefchinski and M. Kalkowski re: Cash collateral order (.50) | |
| 4/29/2015 | Michael Desmond | 1.5 | $375.00 | $562.50 | Court appearance for status hearing on Chapter 11 Case and Cash Collateral (1.3); Conference with S. Fee (.2) | |
| 6/2/2015 | Michael Desmond | 0.5 | $375.00 | $187.50 | Conference with S. fee re: Bank's Motion to Convert case; Conference with M. Drefchinski re: Same; Draft and revise Cash Collateral Order. | (1) Lumping |
| 6/3/2015 | Michael Desmond | 1.0 | $375.00 | $375.00 | Court appearance for status hearing on use of cash collateral. | |
| 6/17/2015 | Michael Desmond | 1.0 | $375.00 | $375.00 | Court appearance for hearing on Bank's Motion to Convert Case to Chapter 7. | |
| 8/11/2015 | Michael Desmond | 2.0 | $375.00 | $750.00 | Court appearance for status hearing re: Chapter 11 Plan (1.0); Meeting with Tom Fee (.5); Draft Cash Collateral order and Budget (.5). | |

| Date | Name | Hours | Rate | Amount | Description | Note |
|---|---|---|---|---|---|---|
| 8/25/2015 | Michael Desmond | 1.0 | $375.00 | $375.00 | Court appearance for hearing on Motion to Sell 5431 Main and Motion to Convert to Chapter 7. | |
| | **Sub-Total** | **11.25** | | **$ 4,187.50** | | |

**Monthly Operating Reports**

| Date | Name | Hours | Rate | Amount | Description | Note |
|---|---|---|---|---|---|---|
| 4/28/2015 | William Cross | 0.5 | $275.00 | $137.50 | Prepare monthly operating reports for filing. | |
| 6/16/2015 | Michael Desmond | 0.3 | $375.00 | $112.50 | Conference with W. Cross re: Status and strategy; File Operating reports. | (1) Lumping |
| | **Sub- Total** | **0.8** | | **$250.00** | | |

**Application for Compensation**

| Date | Name | Hours | Rate | Amount | Description | Note |
|---|---|---|---|---|---|---|
| 2/1/2016 | Michael Desmond | 1.0 | $375.00 | $375.00 | Review and sort time detail Thomas Fee | (2) Unreasonable time for application for compensation (total) |
| 2/2/2016 | Michael Desmond | 1.5 | $375.00 | $562.50 | Review and sort time detail Thomas Fee | |
| 2/8/2016 | Michael Desmond | 2.0 | $375.00 | $750.00 | Review and sort time detail; prepare Summary Exhibits for final Fee application Thomas Fee | |
| 2/9/2016 | Michael Desmond | 2.0 | $375.00 | $750.00 | Draft Final Fee Application | |
| 2/10/2016 | Michael Desmond | 3.0 | $375.00 | $1,125.00 | Draft Final Fee Application re: Tom Fee | |
| | **Sub Total** | **9.5** | | **$3,562.50** | | |
| | **Grand Total** | **101.5** | | **$ 35,839.50** | | |