# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| THOMAS F. FEE | § | Case No. 13-34230 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 08/28/2013 . The case was converted to one under Chapter 7 on 08/27/2015 . The undersigned trustee was appointed on 08/31/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 126,251.48 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 7,344.58 |
| Bank service fees | | 1,157.87 |
| Other payments to creditors | | 49,886.22 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 67,862.81 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 02/22/2016 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,223.51 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 9,223.51 , for a total compensation of $ 9,223.51 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 155.27 , for total expenses of $ 155.27 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/15/2017                By: /s/Peter N. Metrou, Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-34230 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | THOMAS F. FEE | | | | Date Filed (f) or Converted (c): | 08/27/2015 (c) |
| | | | | | 341(a) Meeting Date: | 10/06/2015 |
| For Period Ending: | 02/15/2017 | | | | Claims Bar Date: | 02/22/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Vacant Land - 2 Lots in Monee | 600,000.00 | 600,000.00 | | 21,000.00 | FA |
| 2.  2049-2051 Ridge Road Homewood, Illinois | 550,000.00 | 506,106.69 | | 21,550.00 | FA |
| 3.  Hill Apartments 28411 South Ill Rte 50, Peotone, I | 300,000.00 | 295,034.14 | | 11,300.00 | FA |
| 4.  25869 Govenors Highway Monee, Illinois | 550,000.00 | 528,100.72 | | 25,400.00 | FA |
| 5.  54321 Main Street Monee, Illinois | 300,000.00 | 231,455.48 | | 14,590.00 | FA |
| 6.  9120 Kinsale Tinley Park, Illinois 60478 | 280,198.00 | 0.00 | OA | 0.00 | FA |
| 7.  First Midwest Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 8.  Great Lakes Bank - Checking | 12,000.00 | 11,500.00 | | 0.00 | FA |
| 9.  Retainer with Harry Schroeder | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 10. Miscellaneous Personal Property | 2,500.00 | 0.00 | | 0.00 | FA |
| 11. Everday Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 12. Pension Local 786 Monthly 2100 | Unknown | 0.00 | | 0.00 | FA |
| 13. Judgment against Hal Schwartz, Network Reality, pe | Unknown | 0.00 | | 0.00 | FA |
| 14. 2009 Ford F150 60,000 miles | 6,000.00 | 0.00 | | 0.00 | FA |
| 15. Debtor in Possession Account ending xxx7175   (u) | 0.00 | 30,732.26 | | 30,732.26 | FA |
| 16. Debtor in Possession Account ending xxx7183   (u) | 0.00 | 678.94 | | 678.94 | FA |
| 17. OVERPAYMENT TO CHASE MORTGAGE   (u) | 0.00 | 144.90 | | 144.90 | FA |
| 18. Unused Insurance Premiums Refund   (u) | 0.00 | 855.38 | | 855.38 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $2,607,298.00        $2,209,608.51        $126,251.48        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Motion to Employ Counsel granted on 10/28/2015 see Dkt# 352. Motion to authorize Trustee to Conduct Limited Business Operations granted on 10/28/2015 see Dkt# 353. Real Estate property management then transferred properties to first lien holder for carve out for claimants. Motion to Settle granted on 11/10/2015 see Dkt# 358. Motion to Abandon Debtor's Residence granted on 1/6/2016 see Dkt# 380. Motion to Approve Bar Date for Tenants Filing Claims entered on 1/20/2016 see Dkt# 382. Order granting objection to claims 1 and 5 entered on 12/14/2016. TFR sent to UST 1/19/2017.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Court approved sale-see dkt# 358. |
| RE PROP # | 15 | -- | Liquidation of Debtor in Possession accont ending xxx7175 |
| RE PROP # | 16 | -- | Liquidation of Debtor in Possession Account ending xxx7183 |
| RE PROP # | 17 | -- | Overpayment for Chase Mortgage payoff for 5431 Main Street, Monee, IL |
| RE PROP # | 18 | -- | Unused insurance premiums refund. |

Initial Projected Date of Final Report (TFR): 12/01/2016     Current Projected Date of Final Report (TFR): 02/01/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 13-34230 | Trustee Name: Peter N. Metrou, Trustee | |
| Case Name: THOMAS F. FEE | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5447 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX9025 | Blanket Bond (per case limit): $1,000,000.00 | |
| For Period Ending: 02/15/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/19/15 | 15 | FEE, THOMAS<br>9120 Kinsale DriveTinley Park, IL 60487 | Proceeds from DIP account | 1229-000 | $30,732.26 | | $30,732.26 |
| 10/19/15 | 16 | FEE, THOMAS<br>9120 Kinsale DriveTinley Park, IL 60487 | Proceeds from DIP account #2 | 1229-000 | $678.94 | | $31,411.20 |
| 10/19/15 | 4 | HOLE IN ONE, INC.<br>dba Mulligans Pub25861 Govenors Hwy, P.O. Box 487Monee, IL 60449 | Rent payment | 1122-000 | $2,400.00 | | $33,811.20 |
| 10/19/15 | 5 | STEINHAUER, LYNN R.<br>5431 W. Main StreetP.O. Box 646Monee, IL 60449 | Rent payment | 1122-000 | $430.00 | | $34,241.20 |
| 10/19/15 | 2 | CHRISTENSEN, JOYCE<br>P.O. Box 154Monee, IL 60449 | Rent payment | 1122-000 | $550.00 | | $34,791.20 |
| 10/19/15 | 2 | MEMENIS, KARLIS E.<br>2051 Ridge Rd, Apt BHomewood, IL 60430-1728 | Rent payment | 1122-000 | $900.00 | | $35,691.20 |
| 10/19/15 | 2 | WEST, RACHEL<br>114 N. Westdale RoadDecatur, IL 62522 | Rent payment | 1122-000 | $900.00 | | $36,591.20 |
| 10/19/15 | 4 | CLIFF & TOMMY'S<br>25861 S. Govenors HwyMonee, IL 60449 | Rent payment | 1122-000 | $1,800.00 | | $38,391.20 |
| 10/19/15 | 2 | ARTISTIX SALON, INC.<br>2051 Ridge RoadHomewood, IL 60430 | Rent payment | 1122-000 | $1,600.00 | | $39,991.20 |
| 10/19/15 | 4 | ONE, HOLE IN<br>dba Mulligans Pub25861 Govenors HwyPO Box 487Monee, IL 60449 | Rent payment | 1122-000 | $2,500.00 | | $42,491.20 |
| 10/19/15 | 4 | CLIFF & TOMMY'S<br>25861 Govenor's HwyMonee, IL 60449 | Rent payment | 1122-000 | $1,800.00 | | $44,291.20 |
| 10/19/15 | 2 | CHRISTENSEN, JOYCE<br>PO Box 154Monee, IL 60449 | Rent payment | 1122-000 | $550.00 | | $44,841.20 |
| 10/19/15 | 2 | CHRISTENSEN, EDWARD<br>PO Box 154Monee, IL 60449 | Rent payment | 1122-000 | $650.00 | | $45,491.20 |
| 10/19/15 | 5 | PLUMLEY, GAIL L.<br>Michael PlumleyPO Box 522Monee, IL 60449 | Rent payment | 1122-000 | $550.00 | | $46,041.20 |
| 10/19/15 | 5 | STEINHAUER, LYNN R.<br>5431 W. Main StreetPO Box 646Monee, IL 60449 | Rent payment | 1122-000 | $430.00 | | $46,471.20 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:     $46,471.20     $0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 13-34230 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: THOMAS F. FEE | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX5447 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX9025 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: 02/15/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/19/15 | 2 | GADUS, JENNIFER L. 17253 Burnham AvenueLansing, IL 60438 | Rent payment | 1122-000 | $1,000.00 | | $47,471.20 |
| 10/22/15 | 5001 | HOMEWOOD DISPOSAL SERVICE, INC. 1501 W. 175th StreetHomewood, IL 60430-4608 | Disposal Srvc Acct # 10-0153155-6 Disposal Service for 2049-2051 Ridge Road, Homewood, IL | 2690-000 | | $213.97 | $47,257.23 |
| 10/22/15 | 5002 | HOMEWOOD DISPOSAL SERVICE, INC. d/b/a Star Disposal30 South StreetPark Forest, IL 60466-1291 | Disposal Srvc Acct# 11-0000948-8 Disposal Service for 5431 Main St, Monee, IL | 2690-000 | | $252.37 | $47,004.86 |
| 10/22/15 | 5003 | HOMEWOOD DISPOSAL SERVICE, INC. d/b/a Star Disposal30 South StreetPark Forest, IL 60466-1291 | Disposal Srvc Acct# 11-0001250-8 Disposal Service for 28429 S. Route 50, Peotone, IL | 2690-000 | | $242.14 | $46,762.72 |
| 10/31/15 | 2 | ARTISTIX SALON, INC. 2051 Ridge RoadHomewood, IL 60430 | Rent payment | 1122-000 | $1,600.00 | | $48,362.72 |
| 10/31/15 | 5 | STEINHAUER, LYNN R. 5431 W Main StreetMonee. IL 60449 | Rent payment | 1122-000 | $430.00 | | $48,792.72 |
| 10/31/15 | 4 | COSENZA, PAUL 28429 S. Route 50Apartment 1Peotone, IL 60468 | Rent payment | 1122-000 | $500.00 | | $49,292.72 |
| 11/04/15 | 4 | HOLE IN ONE, INC. d/b/a Mulligan's Pub25861 Govenor's HighwayP.O. Box 487Monee, IL 60449 | Rent payment | 1122-000 | $2,500.00 | | $51,792.72 |
| 11/04/15 | 5 | GAIL L. AND MICHAEL PLUMLEY P.O. Box 522Monee, IL 60449 | Rent payment | 1122-000 | $550.00 | | $52,342.72 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $29.38 | $52,313.34 |
| 11/09/15 | 5004 | COMED P.O. Box 6111Carol Stream, IL 60197-6111 | Utility Payment Electric Invoice payment for 5431 Main Street, Monee, IL | 2690-000 | | $58.64 | $52,254.70 |
| 11/09/15 | 5005 | VILLAGE OF HOMEWOOD 2020 Chestnut RoadHomewood, IL 60430 | Utility Payment for 2049- Ridge Rd Account No. 0120057100-00 | 2690-000 | | $390.13 | $51,864.57 |
| 11/12/15 | 4 | WOODMAN III, NICHOLAS P.O. Box 485Monee, IL 60449 | Rent payment | 1122-000 | $650.00 | | $52,514.57 |
| 11/12/15 | 5 | CHRISTENSEN, JOYCE P.O. Box 154Monee, IL 60449 | Rent payment | 1122-000 | $550.00 | | $53,064.57 |

| | | | |
|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) (Page: 6) | Page Subtotals: | $7,780.00 | $1,186.63 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-34230 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: THOMAS F. FEE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5447 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX9025 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 02/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/12/15 | 5 | CHRISTENSEN, EDWARD P.O. Box 154 Monee, IL 60449 | Rent payment | 1122-000 | $650.00 | | $53,714.57 |
| 11/13/15 | 3 | POWERS, LOUIS 284111 Route 50 Poetone, IL 60468 | Rent payment | 1122-000 | $300.00 | | $54,014.57 |
| 11/13/15 | 5006 | TRUSTEE INSURANCE AGENCY-SENECA 2813 West Main Kalamazoo, MI 49006 | Insurance for Commerical Properties Invoice 1027, Policy #CMP4701555 | 2690-000 | | $2,415.00 | $51,599.57 |
| 11/18/15 | 4 | GAFFNEY, CHRIS 25861 Govenor's Hwy, Apt. 2W Monee, IL 60449 | Rent payment | 1122-000 | $450.00 | | $52,049.57 |
| 11/18/15 | 4 | CLIFF & TOMMY'S 25681 S. Govenor's Hwy Monee, IL 60449 | Rent payment | 1122-000 | $1,800.00 | | $53,849.57 |
| 11/18/15 | 2 | WEST, RACHEL 114 N. Westdale Pl. Decatur, IL 62522 | Rent payment | 1122-000 | $900.00 | | $54,749.57 |
| 11/18/15 | 2 | GADUS, JENNIFER L. 17263 Burnham Avenue Lansing, IL 60438 | Rent payment | 1122-000 | $1,000.00 | | $55,749.57 |
| 11/18/15 | 2 | MEMENIS, KARLIS E. 2051 RIdge Rd, Apt. B Homewood, IL 60430-1728 | Rent payment | 1122-000 | $900.00 | | $56,649.57 |
| 11/30/15 | | FIRST MIDWEST BANK c/o Collins Law 1770 Park St., Suite 200 Naperville, IL 60563 | Transfer of R.E. to Bank proceeds Court approved--see dkt # 358. | | $65,000.00 | | $121,649.57 |
| | | | Gross Receipts          $65,000.00 | | | | |
| | 1 | | Vacant Land - 2 Lots in Monee    $21,000.00 | 1110-000 | | | |
| | 2 | | 2049-2051 Ridge Road Homewood, Illinois    $11,000.00 | 1110-000 | | | |
| | 3 | | Hill Apartments 28411 South Ill Rte 50, Peotone, I    $11,000.00 | 1110-000 | | | |
| | 4 | | 25869 Govenors Highway Monee, Illinois    $11,000.00 | 1110-000 | | | |
| | 5 | | 54321 Main Street Monee, Illinois    $11,000.00 | 1110-000 | | | |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $78.91 | $121,570.66 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 7)* | | | Page Subtotals: | | $71,000.00 | $2,493.91 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-34230 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: THOMAS F. FEE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5447 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX9025 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 02/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/15/15 | 5007 | JP MORGAN CHASE BANK, N.A. Attention Payoff ProcessingMail Code: OH4-71153415 Vision DriveColumbus, OH 43219-6009 | Chase Account No.: 1113294532 Property Address: 5431 Main Street, Monee, IL 60449 Borrower: Thomas F. Fee Payoff of first mortgage to Chase per settlement and court order. | 4110-000 | | $49,886.22 | $71,684.44 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $144.84 | $71,539.60 |
| 01/22/16 | 17 | JP MORGAN CHASE BANK N.A. 3415 Vision DriveColumbus, OH 43219 | Overpayment to Chase Mortgage | 1290-000 | $144.90 | | $71,684.50 |
| 01/27/16 | 5008 | ILLINOIS CASUALTY COMPANY 225 20th StreetRock Island, IL 61201 | Account No. 105350 Insurance premium coverage 7-29-2015 to 10-26-2015 Placed insurance by Debtor in Chapter 11 and continued coverage during part of conversion to Chapter 7. | 2690-000 | | $419.50 | $71,265.00 |
| 01/29/16 | 5009 | MULLIGAN'S PUB P.O. Box 487Momee, IL 60449 | Reimbursement Parking Lot repairs Management Expense Management expense per court order approving management of properties for limited purpose per docket #353.  Invoice for $1,600 but less $100 for refundable bond to Mulligan's. | 2690-000 | | $1,500.00 | $69,765.00 |
| 01/29/16 | 5010 | MULLIGAN'S PUB P.O. Box 487Monee, IL 60449 | Reimbursement for paid Water Bill Owner of Mulligans called trustee to inform trustee of shut-off notice.  Trustee directed Mulligan's to pay it a would reimburse Mulligan's per court order approving management of property per docket #353. | 2690-000 | | $130.03 | $69,634.97 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 8)* | | | Page Subtotals: | | $144.90 | $52,080.59 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-34230 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | THOMAS F. FEE | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5447 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX9025 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 02/15/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/29/16 | 5011 | HOMEWOOD DISPOSAL SERVICE, INC. 1501 W. 175th StreetHomewood, IL 60430-4608 | Invoice 2625 Service Address: 2049 Ridge Road, Homewood, IL 60430 Paid per court approval to manage properties per docket #353. | 2690-000 | | $192.15 | $69,442.82 |
| 01/29/16 | 5012 | DISPOSAL, STAR 30 South StreetPark Forest, IL 60466-1291 | Invoice No. 1326 Service Address: 28429 S. Route 50, Peotone, IL Paid per court approval to manage properties per docket #353. | 2690-000 | | $160.23 | $69,282.59 |
| 01/29/16 | 5013 | DISPOSAL, STAR 30 South StreetPark Forest, IL 60466-1291 | Invoice No. 1327 Service Address: 5431 Main Street, Monee, IL Paid per court approval to manage properties per docket #353. | 2690-000 | | $167.00 | $69,115.59 |
| 02/01/16 | 5014 | COMED P.O. Box 6111Carol Stream, IL 60197-6111 | Account No. 1935776016 Final Bill Operating expense | 2690-000 | | $26.64 | $69,088.95 |
| 02/01/16 | 5015 | FARMERS INSURANCE 120 W. Corning AvenuePeotone, IL 60468 | Insurance Premium Payment Insured Address: 2049 Ridge Road, Homewood, IL Operating expense | 2690-000 | | $385.10 | $68,703.85 |
| 02/03/16 | 5016 | FIRST MIDWEST BANK c/o Collins Law Firm1770 N. Park St., Suite 200Naperville, IL 60563 | Reimbursement for water bill Deducted from Rent Check by Edward Christensen | 2690-000 | | $323.00 | $68,380.85 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $106.45 | $68,274.40 |
| 03/02/16 | 18 | FARMERS INSURANCE 120 W. Corning AvenuePeotone, IL 60468 | Reimbursement for unused premiums | 1290-000 | $855.38 | | $69,129.78 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $96.26 | $69,033.52 |
| 03/17/16 | 5017 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $38.23 | $68,995.29 |

UST Form 101-7-TFR (5/1/2011)   *(Page: 9)*                           Page Subtotals:                           $855.38         $1,495.06

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-34230 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: THOMAS F. FEE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5447 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX9025 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 02/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/18/16 | 5018 | FIRST MIDWEST BANK c/o The Collins Law Firm 1770 Park St., Suite 200 Naperville, IL 60563 | Reimbursement ofr paid water bill 5431 Main Street, Monee, IL 60449 | 2690-000 | | $358.06 | $68,637.23 |
| 03/18/16 | 5019 | FIRST MIDWEST BANK c/o The Collins Law Firm 1770 Park St., Suite 200 Naperville, IL 60563 | Reimbursement of Paid Water Bill 25861 S. Govenors Highway, Monee, IL 60449 | 2690-000 | | $72.39 | $68,564.84 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $102.59 | $68,462.25 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $99.12 | $68,363.13 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $101.80 | $68,261.33 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.21 | $68,163.12 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $101.34 | $68,061.78 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $101.18 | $67,960.60 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.79 | $67,862.81 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $126,251.48 | $58,388.67 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $126,251.48 | $58,388.67 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $126,251.48 | $58,388.67 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*  Page Subtotals: $0.00  $1,132.48

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5447 - Checking Account (Non-Interest Earn | $126,251.48 | $58,388.67 | $67,862.81 |
|  | $126,251.48 | $58,388.67 | $67,862.81 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $126,251.48 |
| Total Gross Receipts: | $126,251.48 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-34230-PSH  
Debtor Name: THOMAS F. FEE  
Claims Bar Date: 2/22/2016  

Date: February 15, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>Metrou & Associates, P.C.<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $9,223.51 | $9,223.51 |
| 100 2200 | Peter N. Metrou<br>Metrou & Associates, P.C.<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $155.27 | $155.27 |
| 8 100 2990 | OFFICE OF THE U.S. TRUSTEE<br><B>(ADMINISTRATIVE)</B><br>219 S. Dearborn St. Room 873<br>Chicago, IL 60604 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $325.00 | $325.00 |
| 100 3110 | Meghan N. Nemiroff<br>Metrou & Associates, P.C.<br>123 W. Washington St.<br>Suite 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $5,352.50 | $5,352.50 |
| 100 3410 | POPOWCER KATTEN<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $2,193.00 | $2,193.00 |
| 7 100 3701 | THOMAS W. TOOLIS<br>10075 W. LINCOLN HIGHWAY<br>FRANKFORT, IL 60423 | Administrative<br>Payment Status:<br>Valid To Pay | Debtor attorney's fee court approved, dkt number 304. | $0.00 | $6,089.50 | $6,089.50 |
| 10 100 3701 | FIGLIULO & SILVERMAN, P.C.<br>10 S. LASALLE ST., SUITE 3600<br>CHICAGO, IL 60603 | Administrative<br>Payment Status:<br>Valid To Pay | Debtor Attorney's Fees, Court Approved Dkt Number 392 and 393. Court approved $33,067.89 but debtor advanced $10,000 therefore amount due is $23,067.89. | $0.00 | $35,839.50 | $23,067.89 |
| 7 100 3702 | THOMAS W. TOOLIS<br>10075 W. LINCOLN HIGHWAY<br>FRANKFORT, IL 60423 | Administrative<br>Payment Status:<br>Valid To Pay | Debtor's Attorney Expenses Approved on Court Order Dkt Number 304. | $0.00 | $426.05 | $426.05 |
| 10 100 3702 | FIGLIULO & SILVERMAN, P.C.<br>10 S. LASALLE ST., SUITE 3600<br>CHICAGO, IL 60603 | Administrative<br>Payment Status:<br>Valid To Pay | Debtor's Attorney Expenses Court Approved, Dkt Number 392 and 393. | $0.00 | $254.02 | $254.02 |

Case 13-34230   Doc 408   Filed 03/07/17   Entered 03/07/17 13:05:52   Desc Main
Document      Page 13 of 18

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-34230-PSH  
Debtor Name: THOMAS F. FEE  
Claims Bar Date: 2/22/2016

Date: February 15, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11<br>150<br>6410 | Claim 11 - MULCAHY, PAURITSCH, SALVADOR & CO., LTD.<br>14300 RAVINIA AVENUE, SUITE 200<br>ORLAND PARK, IL 60462 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,146.25 | $1,146.25 |
| 2<br>300<br>7100 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO Box 12914<br>Norfolk, VA 23541 | Unsecured<br>Payment Status:<br>Valid To Pay | Original claim filed by Capital One then assigned to PRA Receivables Management, LLC. | $11,647.00 | $12,788.00 | $12,788.00 |
| 9<br>300<br>7100 | HOLE IN ONE INC.<br>DBA MULLIGAN"S PUB<br>25861 GOVERNORS HWY PO BOX 487<br>MONEE, IL 60449 | Unsecured<br>Payment Status:<br>Withdrawn | | $0.00 | $2,000.00 | $0.00 |
| 2 - Interest<br>320<br>7100 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO Box 12914<br>Norfolk, VA 23541 | Unsecured<br>Payment Status:<br>Valid To Pay | Interest Payment for Claim Number 2 | $0.00 | $0.00 | $60.53 |
| 3<br>400<br>4110 | FIRST MIDWEST BANK (FDIC, AS RECEIVER FOR PEOTONE BANK & TR<br>THE COLLINS LAW FIRM, PC<br>1770 PARK ST, STE 200<br>NAPERVILLE, IL 60563 | Secured<br>Payment Status:<br>Withdrawn | | $900,000.00 | $909,349.92 | $0.00 |
| 4<br>400<br>4110 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>CHASE RECORDS CENTER MAIL CODE LA4-5555<br>700 KANSAS LANE<br>MONROE, LA 71203 | Secured<br>Payment Status:<br>Valid To Pay | Claimed amount based on final payoff due to interest on mortgage. Court approved see dkt#38 | $43,822.00 | $49,886.22 | $49,886.22 |
| 5<br>400<br>4110 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>CHASE RECORDS CENTER MAIL CODE LA4-5555<br>700 KANSAS LANE<br>MONROE, LA 71203 | Secured<br>Payment Status:<br>Invalid | Claim Objection granted per court order, see dkt. number 406. | $265,759.00 | $265,101.73 | $0.00 |
| 6<br>400<br>4110 | COOK COUNTY TREASURER"S OFFICE<br>118 N. CLARK, ROOM 212<br>CHICAGO, IL 60602 | Secured<br>Payment Status:<br>Withdrawn | | $0.00 | $67,879.05 | $0.00 |

Page 2                                Printed: February 15, 2017

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-34230-PSH  
Debtor Name: THOMAS F. FEE  
Claims Bar Date: 2/22/2016  

Date: February 15, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1<br>400<br>4210 | CAPITAL ONE AUTO FINANCE<br>A DIVISION OF CAPITAL ONE, N.A.<br>PO BOX 201347<br>ARLINGTON, TX 76006 | Secured<br>Payment Status:<br>Invalid | Claim Objection granted by court order, see dkt. number 405.<br>Objection Notes: The claim was filed as secured in certain assets of the estate that are not being administered by the trustee. In addition, the creditor has failed to seek a valuation of its security and is therefore not entitled to have allowed a claim to be treated for distribution purposes in this estate. The creditor should look to its specific collateral in satisfaction of its secured claim. | $5,795.00 | $5,352.53 | $0.00 |
| BOND<br>999<br>2300 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | Administrative<br>Payment Status:<br>Valid To Pay | Extended Check Description Notes from conversion:<br>Bond Number 10BSBGR6291 | $0.00 | $38.23 | $38.23 |
| 999<br>2690 | TRUSTEE INSURANCE AGENCY-SENECA<br>2813 West Main<br>Kalamazoo, MI 49006 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $2,415.00 | $2,415.00 |
| 999<br>2690 | COMED<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $85.28 | $85.28 |
| 999<br>2690 | HOMEWOOD DISPOSAL SERVICE, INC.<br>1501 W. 175th Street<br>Hoemwood, IL 60430-4608 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $900.63 | $900.63 |
| 999<br>2690 | VILLAGE OF HOMEWOOD<br>2020 Chestnut Road<br>Homewood, IL 60430 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $390.13 | $390.13 |
| 999<br>8200 | Thomas F. Fee<br>9120 Kinsale<br>Tinley Park, IL 60478 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $6,781.29 | $6,781.29 |
| | Case Totals | | | $1,227,023.00 | $1,383,972.61 | $121,578.30 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 3                                               Printed: February 15, 2017

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-34230
Case Name: THOMAS F. FEE
Trustee Name: Peter N. Metrou, Trustee

Balance on hand $ 67,862.81

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | $ 49,886.22 | $ 49,886.22 | $ 49,886.22 | $ 0.00 |

Total to be paid to secured creditors  $ 0.00

Remaining Balance  $ 67,862.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 9,223.51 | $ 0.00 | $ 9,223.51 |
| Trustee Expenses: Peter N. Metrou | $ 155.27 | $ 0.00 | $ 155.27 |
| Attorney for Trustee Fees: Meghan N. Nemiroff | $ 5,352.50 | $ 0.00 | $ 5,352.50 |
| Accountant for Trustee Fees: POPOWCER KATTEN | $ 2,193.00 | $ 0.00 | $ 2,193.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 38.23 | $ 38.23 | $ 0.00 |
| Other: COMED | $ 85.28 | $ 85.28 | $ 0.00 |
| Other: FIGLIULO & SILVERMAN, P.C. | $ 23,067.89 | $ 0.00 | $ 23,067.89 |
| Other: FIGLIULO & SILVERMAN, P.C. | $ 254.02 | $ 0.00 | $ 254.02 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: HOMEWOOD DISPOSAL SERVICE, INC. | $ 900.63 | $ 900.63 | $ 0.00 |
| Other: OFFICE OF THE U.S. TRUSTEE | $ 325.00 | $ 0.00 | $ 325.00 |
| Other: THOMAS W. TOOLIS | $ 6,089.50 | $ 0.00 | $ 6,089.50 |
| Other: THOMAS W. TOOLIS | $ 426.05 | $ 0.00 | $ 426.05 |
| Other: TRUSTEE INSURANCE AGENCY-SENECA | $ 2,415.00 | $ 2,415.00 | $ 0.00 |
| Other: VILLAGE OF HOMEWOOD | $ 390.13 | $ 390.13 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $       47,086.74

Remaining Balance                                              $       20,776.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Fees: Claim 11 - MULCAHY, PAURITSCH, SALVADOR & CO., LTD. | $ 1,146.25 | $ 0.00 | $ 1,146.25 |

Total to be paid for prior chapter administrative expenses    $        1,146.25

Remaining Balance                                              $       19,629.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,848.53  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 12,788.00 | $ 0.00 | $ 12,788.00 |
| 2 - Interest | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 60.53 | $ 0.00 | $ 60.53 |
| | Total to be paid to timely general unsecured creditors | | | $ 12,848.53 |
| | Remaining Balance | | | $ 6,781.29 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

  The amount of surplus returned to the debtor after payment of all claims and interest is
$ 6,781.29 .