**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| **FEE, THOMAS F.** | ) | CASE NO. 13-34230 |
| | ) | |
| Debtor(s). | ) | Hon. Timothy A. Barnes |

**NOTICE OF MOTION**

To:   See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT**

**PROOF OF SERVICE**

    I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 7th day of March, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                                   */s/ Peter N. Metrou*
                                                                   **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

**SERVICE LIST**

**Via ECF**

Patrick Layng, U.S. Trustee
219 S. Dearborn, Rm. 873
Chicago, IL 60604

Michael K. Desmond, Figliulio & Silverman, P.C.
10 S. LaSalle, Ste. 3600
Chicago, IL 60603

**Via First-Class Mail**

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Alterna Tax Fund Certificate II LP
6600 North Andrews
Suite 282
Fort Lauderdale, FL 33309-2193

Cap One
Po Box 30253
Salt Lake City, UT 84130-0253

Capital One Auto Finance
P.O. BOX 201347
ARLINGTON, TX 76006-1347

Capital One Auto Finance
3905 N Dallas Pkwy
Plano, TX 75093-7892

Chase
Po Box 24696
Columbus, OH 43224-0696

Check Systems, Inc.
Attn: Customer Relations
7805 Hudson Road, Ste 100
Woodbury, MN 55125-1703

Cook County Treasurer's Office
118 N. Clark, Room 212
Chicago, IL 60602-1589

Equifax Information Services, LLC
P.O. Box 740256
Atlanta, GA 30374-0256

Experian
P.O. Box 9701
Allen, TX 75013-9701

First Midwest Bank
(FDIC, as receiver for Peotone Bank & Tr
The Collins Law Firm, PC
1770 Park St, Ste 200
Naperville, IL 60563-5432

First Midwest Financial Serv
500 Park Blvd.
Itasca, IL 60143-3148

John Bibeau
Mulcahy, Pauritsch, Salvador & Co, Ltd

JPMorgan Chase Bank, National Association
Chase Records Center
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203-4774

Capital One Auto Finance
a division of Capital One, N.A.
PO Box 201347
Arlington, TX 76006-1347

MTAG Services
Cust/for atcf II ILLLC
PO Box 54292
New Orleans, LA 70154-4292

MTAG Services
Cust/for atcf II Ind LLC
PO Box 54292
New Orleans, LA 70154-4292

CAPITAL ONE, N.A.
PO Box 12907
Norfolk, VA 23541-0907

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

Robert Dawidiuk
The Collins Law Firm PC
1770 North Park Street, Ste. 200
Naperville, IL 60563-5432

Thomas F. Fee
9120 Kinsale
Tinley Park, IL 60487-3790

Thomas W. Toolis
10075 W. Lincoln Highway
Frankfort, IL 60423-1272

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19016-2000

Wheeler Financial, Inc.
c/o Timothy E. Gray
120 North LaSalle Street, Ste 1350
Chicago, IL 60602-3495

Will County Clerk
Will County Office Building
302 N. Chicago St.
Joliet, IL 60432-4078

Will County Treasurer
Will County Office Building
302 N. Chicago St.
Joliet, IL 60432-4078

William Cross
Figliulo & Silverman, P.C.
10 South LaSalle Street
Suite 3600
Chicago, IL 60603-1032

# Tenant Service List To Known And Unknown Occupants

**Via First-Class Mail**

Joyce and Ed Christiansen
5431 Main Street , Unit 1E
Monee, IL 60449

Brian Christansen
5431 Main Street , Unit 1 W
Monee, IL 60449

Lynn Steinhaven
5431 Main Street , Unit 2 E
Monee, IL 60449

Gail and Mike Plumley
5431 Main Street , Unit 2 W
Monee, IL 60449

Mulligan's Sports Bar
P.O. Box 487
Monee, IL 60449

Cliff and Tommies Restaurant
P.O. Box 307
Monee, IL 60449

Nick Gaffney
25861 S. Govenors Hwy.
Monee, IL 60449

Chris Gaffney
25861 S. Govenors Hwy.
Monee, IL 60449

Salon Occupant
2049 Ridge Road
Homewood, IL 60430

Occupant
2049 Ridge Road, Unit A
Homewood, IL 60430

Occupant
2049 Ridge Road, Unit B
Homewood, IL 60430

Occupant
2049 Ridge Road, Unit C
Homewood, IL 60430

Occupant
2049 Ridge Road, Unit D
Homewood, IL 60430

Occupant
2049 Ridge Road, Unit E
Homewood, IL 60430

Occupant
2049 Ridge Road, Unit F
Homewood, IL 60430

Occupant
28411 S. Route 50, Unit A
Peotone, IL 60468

Maureen Sullivan
28411 S. Route 50, Unit C
Peotone, IL 60468

Occupant
28411 S. Route 50, Unit D
Peotone, IL 60468

UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: §
 §
THOMAS F. FEE § Case No. 13-34230
 §
          Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on April 5, 2017 in Courtroom 744
Everett McKinley Dirksen United States Courthouse
219 South Dearborn St.
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/07/2017          By: /s/ Peter N. Metrou
                                                      Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| | § | |
| THOMAS F. FEE | § | Case No. 13-34230 |
| | § | |
| Debtor | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 126,251.48 |
| and approved disbursements of | $ | 58,388.67 |
| leaving a balance on hand of[1] | $ | 67,862.81 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| 4 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | $ 49,886.22 | $ 49,886.22 | $ 49,886.22 | $ 0.00 |

| | | |
| --- | --- | --- |
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 67,862.81 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Peter N. Metrou | $ 9,225.33 | $ 0.00 | $ 9,223.51 |
| Trustee Expenses: Peter N. Metrou | $ 155.27 | $ 0.00 | $ 155.27 |
| Attorney for Trustee Fees: Meghan N. Nemiroff | $ 5,352.50 | $ 0.00 | $ 5,352.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: POPOWCER KATTEN | $ 2,193.00 | $ 0.00 | $ 2,193.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 38.23 | $ 38.23 | $ 0.00 |
| Other: COMED | $ 85.28 | $ 85.28 | $ 0.00 |
| Other: FIGLIULO & SILVERMAN, P.C. | $ 23,067.89 | $ 0.00 | $ 23,067.89 |
| Other: FIGLIULO & SILVERMAN, P.C. | $ 254.02 | $ 0.00 | $ 254.02 |
| Other: HOMEWOOD DISPOSAL SERVICE, INC. | $ 900.63 | $ 900.63 | $ 0.00 |
| Other: OFFICE OF THE U.S. TRUSTEE | $ 325.00 | $ 0.00 | $ 325.00 |
| Other: THOMAS W. TOOLIS | $ 6,089.50 | $ 0.00 | $ 6,089.50 |
| Other: THOMAS W. TOOLIS | $ 426.05 | $ 0.00 | $ 426.05 |
| Other: TRUSTEE INSURANCE AGENCY-SENECA | $ 2,415.00 | $ 2,415.00 | $ 0.00 |
| Other: VILLAGE OF HOMEWOOD | $ 390.13 | $ 390.13 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $      47,086.74

Remaining Balance        $      20,776.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Fees: Claim 11 - MULCAHY, PAURITSCH, SALVADOR & CO., LTD. | $ 1,146.25 | $ 0.00 | $ 1,146.25 |

Total to be paid for prior chapter administrative expenses        $      1,146.25

Remaining Balance        $      19,629.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

   The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

   Timely claims of general (unsecured) creditors totaling $ 12,883.18  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 99.7 percent, plus interest (if applicable).

   Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 12,788.00 | $ 0.00 | $ 12,788.00 |
| 2 - Interest | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 95.18 | $ 0.00 | $ 60.53 |
| | Total to be paid to timely general unsecured creditors | | | $ 12,848.53 |
| | Remaining Balance | | | $ 6,781.29 |

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 6,781.29 .

      Prepared By: /s/ Peter N. Metrou

      Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.