# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
THOMAS F. FEE § Case No. 13-34230
§
Debtor §
§

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 285,859.00                  Assets Exempt: 21,439.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 62,734.75    Claims Discharged
                                               Without Payment: 107,679.97

Total Expenses of Administration: 56,735.44

---

3) Total gross receipts of $ 126,251.48  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 6,781.29  (see **Exhibit 2**), yielded net receipts of $ 119,470.19  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,039,302.97 | $ 1,027,115.19 | $ 49,886.22 | $ 49,886.22 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 68,360.80 | 55,589.19 | 55,589.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 1,146.25 | 1,146.25 | 1,146.25 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 23,846.00 | 14,788.00 | 12,848.53 | 12,848.53 |
| **TOTAL DISBURSEMENTS** | $ 1,063,148.97 | $ 1,111,410.24 | $ 119,470.19 | $ 119,470.19 |

4) This case was originally filed under chapter on 08/28/2013, and it was converted to chapter 7 on 08/27/2015. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/01/2017            By: /s/Peter N. Metrou, Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2049-2051 Ridge Road Homewood, Illinois | 1110-000 | 11,000.00 |
| 25869 Govenors Highway Monee, Illinois | 1110-000 | 11,000.00 |
| 54321 Main Street Monee, Illinois | 1110-000 | 11,000.00 |
| Hill Apartments 28411 South Ill Rte 50, Peotone, | 1110-000 | 11,000.00 |
| Vacant Land - 2 Lots in Monee | 1110-000 | 21,000.00 |
| 2049-2051 Ridge Road Homewood, Illinois | 1122-000 | 10,550.00 |
| 25869 Govenors Highway Monee, Illinois | 1122-000 | 14,400.00 |
| 54321 Main Street Monee, Illinois | 1122-000 | 3,590.00 |
| Hill Apartments 28411 South Ill Rte 50, Peotone, | 1122-000 | 300.00 |
| Debtor in Possession Account ending xxx7175 | 1229-000 | 30,732.26 |
| Debtor in Possession Account ending xxx7183 | 1229-000 | 678.94 |
| OVERPAYMENT TO CHASE MORTGAGE | 1290-000 | 144.90 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Unused Insurance Premiums Refund | 1290-000 | 855.38 |
| **TOTAL GROSS RECEIPTS** | | **$126,251.48** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Thomas F. Fee | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 6,781.29 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 6,781.29** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MTAG Services Cust/for atcf II ILLLC PO Box 54292 New Orleans, LA 70154 | | 0.00 | NA | NA | 0.00 |
| | Wheeler Financial, Inc. c/o Timothy E. Gray 120 North LaSalle Street, Ste 1350 Chicago, IL 60602 | | 43,893.31 | NA | NA | 0.00 |
| | Will County Clerk Will County Office Building 302 N. Chicago St. Joliet, IL 60432 | | 24,722.52 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Will County Clerk Will County Office Building 302 N. Chicago St. Joliet, IL 60432 |  | 14,901.22 | NA | NA | 0.00 |
|  | Will County Clerk Will County Office Building 302 N. Chicago St. Joliet, IL 60432 |  | 4,965.86 | NA | NA | 0.00 |
|  | Will County Treasurer Will County Office Building 302 N. Chicago St. Joliet, IL 60432 |  | 6,998.06 | NA | NA | 0.00 |
| 6 | COOK COUNTY TREASURER"S OFFICE | 4110-000 | NA | 67,879.05 | 0.00 | 0.00 |
| 3 | FIRST MIDWEST BANK | 4110-000 | 900,000.00 | 909,349.92 | 0.00 | 0.00 |
| 4 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | 4110-000 | 43,822.00 | 49,886.22 | 49,886.22 | 49,886.22 |
| TOTAL SECURED CLAIMS |  |  | $ 1,039,302.97 | $ 1,027,115.19 | $ 49,886.22 | $ 49,886.22 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 9,223.51 | 9,223.51 | 9,223.51 |
| Peter N. Metrou | 2200-000 | NA | 155.27 | 155.27 | 155.27 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 38.23 | 38.23 | 38.23 |
| Associated Bank | 2600-000 | NA | 1,157.87 | 1,157.87 | 1,157.87 |
| COMED | 2690-000 | NA | 85.28 | 85.28 | 85.28 |
| DISPOSAL, STAR | 2690-000 | NA | 327.23 | 327.23 | 327.23 |
| FARMERS INSURANCE | 2690-000 | NA | 385.10 | 385.10 | 385.10 |
| FIRST MIDWEST BANK | 2690-000 | NA | 753.45 | 753.45 | 753.45 |
| HOMEWOOD DISPOSAL SERVICE, INC. | 2690-000 | NA | 900.63 | 900.63 | 900.63 |
| ILLINOIS CASUALTY COMPANY | 2690-000 | NA | 419.50 | 419.50 | 419.50 |
| MULLIGAN'S PUB | 2690-000 | NA | 1,630.03 | 1,630.03 | 1,630.03 |
| TRUSTEE INSURANCE AGENCY-SENECA | 2690-000 | NA | 2,415.00 | 2,415.00 | 2,415.00 |
| VILLAGE OF HOMEWOOD | 2690-000 | NA | 390.13 | 390.13 | 390.13 |
| OFFICE OF THE U.S. TRUSTEE | 2990-000 | NA | 325.00 | 325.00 | 325.00 |
| Meghan N. Nemiroff | 3110-000 | NA | 5,352.50 | 5,352.50 | 5,352.50 |
| POPOWCER KATTEN | 3410-000 | NA | 2,193.00 | 2,193.00 | 2,193.00 |
| FIGLIULO & SILVERMAN, P.C. | 3701-000 | NA | 35,839.50 | 23,067.89 | 23,067.89 |
| THOMAS W. TOOLIS | 3701-000 | NA | 6,089.50 | 6,089.50 | 6,089.50 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIGLIULO & SILVERMAN, P.C. | 3702-000 | NA | 254.02 | 254.02 | 254.02 |
| THOMAS W. TOOLIS | 3702-000 | NA | 426.05 | 426.05 | 426.05 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 68,360.80 | $ 55,589.19 | $ 55,589.19 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Claim 11 - MULCAHY, PAURITSCH, SALVADOR & CO., LTD. | 6410-000 | NA | 1,146.25 | 1,146.25 | 1,146.25 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 1,146.25 | $ 1,146.25 | $ 1,146.25 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap One Po Box 30253 Salt Lake City, UT 84130 | | 12,199.00 | NA | NA | 0.00 |
| | Check Systems, Inc. Attn: Customer Relations 7805 Hudson Road, Ste 100 Woodbury, MN 55125 | | 0.00 | NA | NA | 0.00 |
| | Equifax Information Services, LLC P.O. Box 740256 Atlanta, GA 30374-0256 | | 0.00 | NA | NA | 0.00 |
| | Experian P.O. Box 9701 Allen, TX 75013-9701 | | 0.00 | NA | NA | 0.00 |
| | TransUnion Consumer Solutions P.O. Box 2000 Chester, PA 19022-2002 | | 0.00 | NA | NA | 0.00 |
| 9 | HOLE IN ONE INC. | 7100-000 | NA | 2,000.00 | 0.00 | 0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 11,647.00 | 12,788.00 | 12,788.00 | 12,788.00 |
| 2 - Interest | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 0.00 | 0.00 | 60.53 | 60.53 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 23,846.00 | $ 14,788.00 | $ 12,848.53 | $ 12,848.53 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-34230 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | THOMAS F. FEE | | | | Date Filed (f) or Converted (c): | 08/27/2015 (c) |
| | | | | | 341(a) Meeting Date: | 10/06/2015 |
| For Period Ending: | 05/01/2017 | | | | Claims Bar Date: | 02/22/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Vacant Land - 2 Lots in Monee | 600,000.00 | 600,000.00 | | 21,000.00 | FA |
| 2. 2049-2051 Ridge Road Homewood, Illinois | 550,000.00 | 506,106.69 | | 21,550.00 | FA |
| 3. Hill Apartments 28411 South Ill Rte 50, Peotone, I | 300,000.00 | 295,034.14 | | 11,300.00 | FA |
| 4. 25869 Govenors Highway Monee, Illinois | 550,000.00 | 528,100.72 | | 25,400.00 | FA |
| 5. 54321 Main Street Monee, Illinois | 300,000.00 | 231,455.48 | | 14,590.00 | FA |
| 6. 9120 Kinsale Tinley Park, Illinois 60478 | 280,198.00 | 0.00 | OA | 0.00 | FA |
| 7. First Midwest Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Great Lakes Bank - Checking | 12,000.00 | 11,500.00 | | 0.00 | FA |
| 9. Retainer with Harry Schroeder | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 10. Miscellaneous Personal Property | 2,500.00 | 0.00 | | 0.00 | FA |
| 11. Everday Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 12. Pension Local 786 Monthly 2100 | Unknown | 0.00 | | 0.00 | FA |
| 13. Judgment against Hal Schwartz, Network Reality, pe | Unknown | 0.00 | | 0.00 | FA |
| 14. 2009 Ford F150 60,000 miles | 6,000.00 | 0.00 | | 0.00 | FA |
| 15. Debtor in Possession Account ending xxx7175   (u) | 0.00 | 30,732.26 | | 30,732.26 | FA |
| 16. Debtor in Possession Account ending xxx7183   (u) | 0.00 | 678.94 | | 678.94 | FA |
| 17. OVERPAYMENT TO CHASE MORTGAGE   (u) | 0.00 | 144.90 | | 144.90 | FA |
| 18. Unused Insurance Premiums Refund   (u) | 0.00 | 855.38 | | 855.38 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,607,298.00 | $2,209,608.51 | | $126,251.48 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Motion to Employ Counsel granted on 10/28/2015 see Dkt# 352. Motion to authorize Trustee to Conduct Limited Business Operations granted on 10/28/2015 see Dkt# 353.Real Estate property management then transferred properties to first lien holder for carve out for claimants. Motion to Settle granted on 11/10/2015 see Dkt# 358. Motion to Abandon Debtor's Residence granted on 1/6/2016 see Dkt# 380. Motion to Approve Bar Date for Tenants Filing Claims entered on 1/20/2016 see Dkt# 382. Order granting objection to claims 1 and 5 entered on 12/14/2016. TFR sent to UST 1/19/2017.

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Court approved sale-see dkt# 358. |
| RE PROP # | 15 | -- | Liquidation of Debtor in Possession accont ending xxx7175 |
| RE PROP # | 16 | -- | Liquidation of Debtor in Possession Account ending xxx7183 |
| RE PROP # | 17 | -- | Overpayment for Chase Mortgage payoff for 5431 Main Street, Monee, IL |
| RE PROP # | 18 | -- | Unused insurance premiums refund. |

Initial Projected Date of Final Report (TFR): 12/01/2016          Current Projected Date of Final Report (TFR): 02/01/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-34230 | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | THOMAS F. FEE | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5447 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX9025 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 05/01/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/19/15 | 15 | FEE, THOMAS<br>9120 Kinsale DriveTinley Park, IL 60487 | Proceeds from DIP account | 1229-000 | $30,732.26 | | $30,732.26 |
| 10/19/15 | 16 | FEE, THOMAS<br>9120 Kinsale DriveTinley Park, IL 60487 | Proceeds from DIP account #2 | 1229-000 | $678.94 | | $31,411.20 |
| 10/19/15 | 4 | HOLE IN ONE, INC.<br>dba Mulligans Pub25861 Govenors Hwy, P.O. Box 487Monee, IL 60449 | Rent payment | 1122-000 | $2,400.00 | | $33,811.20 |
| 10/19/15 | 5 | STEINHAUER, LYNN R.<br>5431 W. Main StreetP.O. Box 646Monee, IL 60449 | Rent payment | 1122-000 | $430.00 | | $34,241.20 |
| 10/19/15 | 2 | CHRISTENSEN, JOYCE<br>P.O. Box 154Monee, IL 60449 | Rent payment | 1122-000 | $550.00 | | $34,791.20 |
| 10/19/15 | 2 | MEMENIS, KARLIS E.<br>2051 Ridge Rd, Apt BHomewood, IL 60430-1728 | Rent payment | 1122-000 | $900.00 | | $35,691.20 |
| 10/19/15 | 2 | WEST, RACHEL<br>114 N. Westdale RoadDecatur, IL 62522 | Rent payment | 1122-000 | $900.00 | | $36,591.20 |
| 10/19/15 | 4 | CLIFF & TOMMY'S<br>25861 S. Govenors HwyMonee, IL 60449 | Rent payment | 1122-000 | $1,800.00 | | $38,391.20 |
| 10/19/15 | 2 | ARTISTIX SALON, INC.<br>2051 Ridge RoadHomewood, IL 60430 | Rent payment | 1122-000 | $1,600.00 | | $39,991.20 |
| 10/19/15 | 4 | ONE, HOLE IN<br>dba Mulligans Pub25861 Govenors HwyPO Box 487Monee, IL 60449 | Rent payment | 1122-000 | $2,500.00 | | $42,491.20 |
| 10/19/15 | 4 | CLIFF & TOMMY'S<br>25861 Govenor's HwyMonee, IL 60449 | Rent payment | 1122-000 | $1,800.00 | | $44,291.20 |
| 10/19/15 | 2 | CHRISTENSEN, JOYCE<br>PO Box 154Monee, IL 60449 | Rent payment | 1122-000 | $550.00 | | $44,841.20 |
| 10/19/15 | 2 | CHRISTENSEN, EDWARD<br>PO Box 154Monee, IL 60449 | Rent payment | 1122-000 | $650.00 | | $45,491.20 |
| 10/19/15 | 5 | PLUMLEY, GAIL L.<br>Michael PlumleyPO Box 522Monee, IL 60449 | Rent payment | 1122-000 | $550.00 | | $46,041.20 |
| 10/19/15 | 5 | STEINHAUER, LYNN R.<br>5431 W. Main StreetPO Box 646Monee, IL 60449 | Rent payment | 1122-000 | $430.00 | | $46,471.20 |

Page Subtotals: $46,471.20   $0.00

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-34230 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: THOMAS F. FEE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5447 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX9025 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 05/01/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/19/15 | 2 | GADUS, JENNIFER L. 17253 Burnham AvenueLansing, IL 60438 | Rent payment | 1122-000 | $1,000.00 | | $47,471.20 |
| 10/22/15 | 5001 | HOMEWOOD DISPOSAL SERVICE, INC. 1501 W. 175th StreetHomewood, IL 60430-4608 | Disposal Srvc Acct # 10-0153155-6 Disposal Service for 2049-2051 Ridge Road, Homewood, IL | 2690-000 | | $213.97 | $47,257.23 |
| 10/22/15 | 5002 | HOMEWOOD DISPOSAL SERVICE, INC. d/b/a Star Disposal30 South StreetPark Forest, IL 60466-1291 | Disposal Srvc Acct# 11-0000948-8 Disposal Service for 5431 Main St, Monee, IL | 2690-000 | | $252.37 | $47,004.86 |
| 10/22/15 | 5003 | HOMEWOOD DISPOSAL SERVICE, INC. d/b/a Star Disposal30 South StreetPark Forest, IL 60466-1291 | Disposal Srvc Acct# 11-0001250-8 Disposal Service for 28429 S. Route 50, Peotone, IL | 2690-000 | | $242.14 | $46,762.72 |
| 10/31/15 | 2 | ARTISTIX SALON, INC. 2051 Ridge RoadHomewood, IL 60430 | Rent payment | 1122-000 | $1,600.00 | | $48,362.72 |
| 10/31/15 | 5 | STEINHAUER, LYNN R. 5431 W Main StreetMonee. IL 60449 | Rent payment | 1122-000 | $430.00 | | $48,792.72 |
| 10/31/15 | 4 | COSENZA, PAUL 28429 S. Route 50Apartment 1Peotone, IL 60468 | Rent payment | 1122-000 | $500.00 | | $49,292.72 |
| 11/04/15 | 4 | HOLE IN ONE, INC. d/b/a Mulligan's Pub25861 Govenor's HighwayP.O. Box 487Monee, IL 60449 | Rent payment | 1122-000 | $2,500.00 | | $51,792.72 |
| 11/04/15 | 5 | GAIL L. AND MICHAEL PLUMLEY P.O. Box 522Monee, IL 60449 | Rent payment | 1122-000 | $550.00 | | $52,342.72 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $29.38 | $52,313.34 |
| 11/09/15 | 5004 | COMED P.O. Box 6111Carol Stream, IL 60197-6111 | Utility Payment Electric Invoice payment for 5431 Main Street, Monee, IL | 2690-000 | | $58.64 | $52,254.70 |
| 11/09/15 | 5005 | VILLAGE OF HOMEWOOD 2020 Chestnut RoadHomewood, IL 60430 | Utility Payment for 2049- Ridge Rd Account No. 0120057100-00 | 2690-000 | | $390.13 | $51,864.57 |
| 11/12/15 | 4 | WOODMAN III, NICHOLAS P.O. Box 485Monee, IL 60449 | Rent payment | 1122-000 | $650.00 | | $52,514.57 |
| 11/12/15 | 5 | CHRISTENSEN, JOYCE P.O. Box 154Monee, IL 60449 | Rent payment | 1122-000 | $550.00 | | $53,064.57 |

Page Subtotals: $7,780.00   $1,186.63

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-34230 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: THOMAS F. FEE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5447 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX9025 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 05/01/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/12/15 | 5 | CHRISTENSEN, EDWARD<br>P.O. Box 154 Monee, IL 60449 | Rent payment | 1122-000 | $650.00 | | $53,714.57 |
| 11/13/15 | 3 | POWERS, LOUIS<br>284111 Route 50 Poetone, IL 60468 | Rent payment | 1122-000 | $300.00 | | $54,014.57 |
| 11/13/15 | 5006 | TRUSTEE INSURANCE AGENCY-SENECA<br>2813 West Main Kalamazoo, MI 49006 | Insurance for Commerical Properties Invoice 1027, Policy #CMP4701555 | 2690-000 | | $2,415.00 | $51,599.57 |
| 11/18/15 | 4 | GAFFNEY, CHRIS<br>25861 Govenor's Hwy, Apt. 2W Monee, IL 60449 | Rent payment | 1122-000 | $450.00 | | $52,049.57 |
| 11/18/15 | 4 | CLIFF & TOMMY'S<br>25681 S. Govenor's Hwy Monee, IL 60449 | Rent payment | 1122-000 | $1,800.00 | | $53,849.57 |
| 11/18/15 | 2 | WEST, RACHEL<br>114 N. Westdale Pl. Decatur, IL 62522 | Rent payment | 1122-000 | $900.00 | | $54,749.57 |
| 11/18/15 | 2 | GADUS, JENNIFER L.<br>17263 Burnham Avenue Lansing, IL 60438 | Rent payment | 1122-000 | $1,000.00 | | $55,749.57 |
| 11/18/15 | 2 | MEMENIS, KARLIS E.<br>2051 RIdge Rd, Apt. B Homewood, IL 60430-1728 | Rent payment | 1122-000 | $900.00 | | $56,649.57 |
| 11/30/15 | | FIRST MIDWEST BANK<br>c/o Collins Law 1770 Park St., Suite 200 Naperville, IL 60563 | Transfer of R.E. to Bank proceeds<br>Court approved--see dkt # 358. | | $65,000.00 | | $121,649.57 |
| | | | Gross Receipts           $65,000.00 | | | | |
| | 1 | | Vacant Land - 2 Lots in Monee   $21,000.00 | 1110-000 | | | |
| | 2 | | 2049-2051 Ridge Road Homewood, Illinois   $11,000.00 | 1110-000 | | | |
| | 3 | | Hill Apartments 28411 South Ill Rte 50, Peotone, I   $11,000.00 | 1110-000 | | | |
| | 4 | | 25869 Govenors Highway Monee, Illinois   $11,000.00 | 1110-000 | | | |
| | 5 | | 54321 Main Street Monee, Illinois   $11,000.00 | 1110-000 | | | |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $78.91 | $121,570.66 |
| | | | Page Subtotals: | | $71,000.00 | $2,493.91 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-34230 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | THOMAS F. FEE | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5447 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX9025 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 05/01/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/15/15 | 5007 | JP MORGAN CHASE BANK, N.A. Attention Payoff ProcessingMail Code: OH4-71153415 Vision DriveColumbus, OH 43219-6009 | Chase Account No.: 1113294532 Property Address: 5431 Main Street, Monee, IL 60449 Borrower: Thomas F. Fee Payoff of first mortgage to Chase per settlement and court order. | 4110-000 | | $49,886.22 | $71,684.44 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $144.84 | $71,539.60 |
| 01/22/16 | 17 | JP MORGAN CHASE BANK N.A. 3415 Vision DriveColumbus, OH 43219 | Overpayment to Chase Mortgage | 1290-000 | $144.90 | | $71,684.50 |
| 01/27/16 | 5008 | ILLINOIS CASUALTY COMPANY 225 20th StreetRock Island, IL 61201 | Account No. 105350 Insurance premium coverage 7-29-2015 to 10-26-2015 Placed insurance by Debtor in Chapter 11 and continued coverage during part of conversion to Chapter 7. | 2690-000 | | $419.50 | $71,265.00 |
| 01/29/16 | 5009 | MULLIGAN'S PUB P.O. Box 487Momee, IL 60449 | Reimbursement Parking Lot repairs Management Expense Management expense per court order approving management of properties for limited purpose per docket #353.  Invoice for $1,600 but less $100 for refundable bond to Mulligan's. | 2690-000 | | $1,500.00 | $69,765.00 |
| 01/29/16 | 5010 | MULLIGAN'S PUB P.O. Box 487Monee, IL 60449 | Reimbursement for paid Water Bill Owner of Mulligans called trustee to inform trustee of shut-off notice.  Trustee directed Mulligan's to pay it a would reimburse Mulligan's per court order approving management of property per docket #353. | 2690-000 | | $130.03 | $69,634.97 |
| | | | Page Subtotals: | | $144.90 | $52,080.59 | |

UST Form 101-7-TDR (10/1/2010) (Page: 14)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-34230 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: THOMAS F. FEE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5447 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX9025 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 05/01/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/29/16 | 5011 | HOMEWOOD DISPOSAL SERVICE, INC. 1501 W. 175th Street Homewood, IL 60430-4608 | Invoice 2625 Service Address: 2049 Ridge Road, Homewood, IL 60430 Paid per court approval to manage properties per docket #353. | 2690-000 | | $192.15 | $69,442.82 |
| 01/29/16 | 5012 | DISPOSAL, STAR 30 South Street Park Forest, IL 60466-1291 | Invoice No. 1326 Service Address: 28429 S. Route 50, Peotone, IL Paid per court approval to manage properties per docket #353. | 2690-000 | | $160.23 | $69,282.59 |
| 01/29/16 | 5013 | DISPOSAL, STAR 30 South Street Park Forest, IL 60466-1291 | Invoice No. 1327 Service Address: 5431 Main Street, Monee, IL Paid per court approval to manage properties per docket #353. | 2690-000 | | $167.00 | $69,115.59 |
| 02/01/16 | 5014 | COMED P.O. Box 6111 Carol Stream, IL 60197-6111 | Account No. 1935776016 Final Bill Operating expense | 2690-000 | | $26.64 | $69,088.95 |
| 02/01/16 | 5015 | FARMERS INSURANCE 120 W. Corning Avenue Peotone, IL 60468 | Insurance Premium Payment Insured Address: 2049 Ridge Road, Homewood, IL Operating expense | 2690-000 | | $385.10 | $68,703.85 |
| 02/03/16 | 5016 | FIRST MIDWEST BANK c/o Collins Law Firm 1770 N. Park St., Suite 200 Naperville, IL 60563 | Reimbursement for water bill Deducted from Rent Check by Edward Christensen | 2690-000 | | $323.00 | $68,380.85 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $106.45 | $68,274.40 |
| 03/02/16 | 18 | FARMERS INSURANCE 120 W. Corning Avenue Peotone, IL 60468 | Reimbursement for unused premiums | 1290-000 | $855.38 | | $69,129.78 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $96.26 | $69,033.52 |
| 03/17/16 | 5017 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101 New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $38.23 | $68,995.29 |
| | | | Page Subtotals: | | $855.38 | $1,495.06 | |

UST Form 101-7-TDR (10/1/2010) (Page: 15)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 13-34230 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: THOMAS F. FEE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5447 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX9025 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 05/01/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/18/16 | 5018 | FIRST MIDWEST BANK c/o The Collins Law Firm 1770 Park St., Suite 200 Naperville, IL 60563 | Reimbursement ofr paid water bill 5431 Main Street, Monee, IL 60449 | 2690-000 | | $358.06 | $68,637.23 |
| 03/18/16 | 5019 | FIRST MIDWEST BANK c/o The Collins Law Firm 1770 Park St., Suite 200 Naperville, IL 60563 | Reimbursement of Paid Water Bill 25861 S. Govenors Highway, Monee, IL 60449 | 2690-000 | | $72.39 | $68,564.84 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $102.59 | $68,462.25 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $99.12 | $68,363.13 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $101.80 | $68,261.33 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.21 | $68,163.12 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $101.34 | $68,061.78 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $101.18 | $67,960.60 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.79 | $67,862.81 |
| 04/07/17 | 5020 | Peter N. Metrou Metrou & Associates, P.C. 123 W. Washington St., Ste 216 Oswego, IL 60543 | Distribution | | | $9,378.78 | $58,484.03 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($9,223.51) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($155.27) | 2200-000 | | | |

| | | | Page Subtotals: | | $0.00 | $10,511.26 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-34230 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | THOMAS F. FEE | Bank Name: | Associated Bank |
|  |  | Account Number/CD#: | XXXXXX5447 |
|  |  |  | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX9025 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 05/01/2017 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/17 | 5021 | OFFICE OF THE U.S. TRUSTEE <B>(ADMINISTRATIVE)</B> 219 S. Dearborn St. Room 873 Chicago, IL 60604 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | 2990-000 |  | $325.00 | $58,159.03 |
| 04/07/17 | 5022 | Meghan N. Nemiroff Metrou & Associates, P.C. 123 W. Washington St. Suite 216 Oswego, IL 60543 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 |  | $5,352.50 | $52,806.53 |
| 04/07/17 | 5023 | POPOWCER KATTEN 35 EAST WACKER DRIVE SUITE 1550 CHICAGO, IL 60601 | Tax Return Preparation | 3410-000 |  | $2,193.00 | $50,613.53 |
| 04/07/17 | 5024 | THOMAS W. TOOLIS 10075 W. LINCOLN HIGHWAY FRANKFORT, IL 60423 | Distribution |  |  | $6,515.55 | $44,097.98 |
|  |  | THOMAS W. TOOLIS | Final distribution to claim 7 representing a payment of 100.00 % per court order. ($6,089.50) | 3701-000 |  |  |  |
|  |  | THOMAS W. TOOLIS | Final distribution to claim 7 representing a payment of 100.00 % per court order. ($426.05) | 3702-000 |  |  |  |
| 04/07/17 | 5025 | FIGLIULO & SILVERMAN, P.C. 10 S. LASALLE ST., SUITE 3600 CHICAGO, IL 60603 | Distribution |  |  | $23,321.91 | $20,776.07 |
|  |  | FIGLIULO & SILVERMAN, P.C. | Final distribution to claim 10 representing a payment of 100.00 % per court order. ($23,067.89) | 3701-000 |  |  |  |
|  |  | FIGLIULO & SILVERMAN, P.C. | Final distribution to claim 10 representing a payment of 100.00 % per court order. ($254.02) | 3702-000 |  |  |  |
| 04/07/17 | 5026 | Claim 11 - MULCAHY, PAURITSCH, SALVADOR & CO., LTD. 14300 RAVINIA AVENUE, SUITE 200 ORLAND PARK, IL 60462 | Final distribution to claim 11 representing a payment of 100.00 % per court order. | 6410-000 |  | $1,146.25 | $19,629.82 |

| | | Page Subtotals: | $0.00 | $38,854.21 |
|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

Page: 8

Case 13-34230    Doc 417    Filed 05/12/17    Entered 05/12/17 13:57:29    Desc Main
Document    Page 18 of 19

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-34230 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | THOMAS F. FEE | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5447 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX9025 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 05/01/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/17 | 5027 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO Box 12914<br>Norfolk, VA  23541 | Distribution | | | $12,848.53 | $6,781.29 |
| | | PORTFOLIO RECOVERY ASSOCIATES, LLC | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($12,788.00) | 7100-000 | | | |
| | | PORTFOLIO RECOVERY ASSOCIATES, LLC | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($60.53) | 7100-000 | | | |
| 04/07/17 | 5028 | Thomas F. Fee<br>9120 Kinsale<br>Tinley Park, IL 60478 | Final distribution representing a payment of 100.00 % per court order. | 8200-002 | | $6,781.29 | $0.00 |

| | COLUMN TOTALS | $126,251.48 | $126,251.48 |
|---|---|---|---|
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $126,251.48 | $126,251.48 |
| | Less: Payments to Debtors | $0.00 | $6,781.29 |
| | Net | $126,251.48 | $119,470.19 |

Page Subtotals:    $0.00    $19,629.82

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5447 - Checking Account (Non-Interest Earn | $126,251.48 | $119,470.19 | $0.00 |
|  | $126,251.48 | $119,470.19 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $126,251.48 |
| Total Gross Receipts: | $126,251.48 |

Page Subtotals: $0.00    $0.00